B1 (Official Form 1)(12/11)

# United States Bankruptcy Court
## Southern District of New York

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Kestrel Technologies, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>13-4021817 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>369 Lexington Avenue, Suite 321<br>New York, NY<br>ZIP Code: 10017 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>New York | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code: | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code: |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(12/11)     Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Kestrel Technologies, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>   Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)          **Page 3**

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Kestrel Technologies, Inc. |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X** /s/ Heidi J. Sorvino<br>Signature of Attorney for Debtor(s)<br><br>Heidi J. Sorvino 2346401<br>Printed Name of Attorney for Debtor(s)<br><br>Hodgson Russ LLP<br>Firm Name<br><br>1540 Broadway<br>24th Floor<br>New York, NY 10036<br>Address<br><br>Email: hsorvino@hodgsonruss.com<br>(212) 751-4300  Fax: (212) 751-0928<br>Telephone Number<br><br>December 31, 2012<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** /s/ Edward L. Bishop, III<br>Signature of Authorized Individual<br><br>Edward L. Bishop, III<br>Printed Name of Authorized Individual<br><br>President<br>Title of Authorized Individual<br><br>December 31, 2012<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re  Kestrel Technologies, Inc.  
                                           Debtor(s)

Case No.  
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Antietam Investment Group<br>59 Eastlake Road<br>Mount Pleasant, SC 29464 | Antietam Investment Group<br>59 Eastlake Road<br>Mount Pleasant, SC 29464 | Promissory Notes | | 413,850.41 |
| Berkely Investment Technologies, Inc.<br>5 Eastlake Road<br>Mount Pleasant, SC 29464 | Berkely Investment Technologies, Inc.<br>5 Eastlake Road<br>Mount Pleasant, SC 29464 | Promissory Notes | | 7,962,377.86 |
| Blendon Capital LLC<br>1830 Ivy Point Court<br>Naples, FL 34109 | Blendon Capital LLC<br>1830 Ivy Point Court<br>Naples, FL 34109 | Promissory Notes | | 562,173.06 |
| David Muir<br>200 Club Ridge Road<br>Marietta, GA 30068 | David Muir<br>200 Club Ridge Road<br>Marietta, GA 30068 | Promissory Notes | | 402,362.57 |
| Duane Morris, LLP<br>111 South Calvert Street<br>Suite 2000<br>Baltimore, MD 21202 | Duane Morris, LLP<br>111 South Calvert Street<br>Suite 2000<br>Baltimore, MD 21202 | Legal fees | | 286,847.56 |
| Frank Lugo<br>10991 Pentas Royale Court<br>Englewood, FL 34223 | Frank Lugo<br>10991 Pentas Royale Court<br>Englewood, FL 34223 | Promissory Notes | | 446,017.41 |
| Ginnis, Tod<br>206 Warren St., Apt 3L<br>Jersey City, NJ 07302 | Ginnis, Tod<br>206 Warren St., Apt 3L<br>Jersey City, NJ 07302 | Employee compensation | | 225,000.00 |
| Graham Freckleton<br>55 West 26th Street, Apt. 11-D<br>New York, NY 10010 | Graham Freckleton<br>55 West 26th Street, Apt. 11-D<br>New York, NY 10010 | Back Pay | | 921,233.17 |
| Harold Wooley<br>14 W. 17th Street, Apt. 115<br>New York, NY 10011 | Harold Wooley<br>14 W. 17th Street, Apt. 115<br>New York, NY 10011 | Promissory Notes | | 290,218.21 |
| James Kuzmick<br>10507 Milkweed Drive<br>Great Falls, VA 22066 | James Kuzmick<br>10507 Milkweed Drive<br>Great Falls, VA 22066 | Promissory Notes | | 558,772.25 |
| Kestrel Solutions, LLC<br>369 Lexington Avenue<br>New York, NY 10017 | Kestrel Solutions, LLC<br>369 Lexington Avenue<br>New York, NY 10017 | Promissory Notes | | 841,948.34 |

B4 (Official Form 4) (12/07) - Cont.

In re  Kestrel Technologies, Inc.                              Case No.
                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| National Securities Corp. 120 Broadway, 27th Floor New York, NY 10271 | National Securities Corp. 120 Broadway, 27th Floor New York, NY 10271 | Office rental | | 221,686.65 |
| Oates, Nickey 25 Highland Park Village Dallas, TX 75205 | Oates, Nickey 25 Highland Park Village Dallas, TX 75205 | Promissory Notes | | 3,558,591.82 |
| Quay, Mee 395 South End Avenue, #7M New York, NY 10280 | Quay, Mee 395 South End Avenue, #7M New York, NY 10280 | Employee compensation | | 261,500.00 |
| Richard Whiting 20 Carriage Hill Drive Far Hills, NJ 07931 | Richard Whiting 20 Carriage Hill Drive Far Hills, NJ 07931 | Promissory Notes | | 848,991.16 |
| Smith, Stephen 1246 Forrest Hill Drive Lower Gwynedd, PA 19002 | Smith, Stephen 1246 Forrest Hill Drive Lower Gwynedd, PA 19002 | Promissory Notes | | 317,857.43 |
| Thomas Becker 59 Carthage Road Scarsdale, NY 10583 | Thomas Becker 59 Carthage Road Scarsdale, NY 10583 | Promissory Notes | | 406,050.25 |
| Valery German 1877 E. 12th Street, Apt. 5G Brooklyn, NY 11229 | Valery German 1877 E. 12th Street, Apt. 5G Brooklyn, NY 11229 | Back Pay | | 425,863.24 |
| Will Coleman 9171 Tivoli Dr. Gordonsville, VA 22942 | Will Coleman 9171 Tivoli Dr. Gordonsville, VA 22942 | Consulting fees | | 325,000.00 |
| William Chew, estate of 3421 Sweet Air Road, Suite 2 Phoenix, MD 21131 | William Chew, Estate of 3421 Sweet Air Road, Suite 2 Phoenix, MD 21131 | Promissory Notes | | 698,619.13 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  December 31, 2012            Signature  /s/ Edward L. Bishop, III
                                              Edward L. Bishop, III
                                              President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re   Kestrel Technologies, Inc.                                      Case No.
                                        Debtor(s)                       Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   December 31, 2012                    /s/ Edward L. Bishop, III
                                             Edward L. Bishop, III/President
                                             Signer/Title

.

Albright, Glenn
12655 North Central, Suite 816
Dallas, TX 75243

American Milling LP
4439 Old Alton Road
Granite City, IL 62040

Antietam Investment Group
59 Eastlake Road
Mount Pleasant, SC 29464

AppRiver
1101 Gulf Breeze Pkwy
Gulf Breeze, FL 32561

ARG Communications, Inc.
9 South Street
Summit, NJ 07901

Bandler, Thomas
1196 Morningshire Driver
Collierville, TN 38017

Bastar, Josef A.
337 Allaire Avenue
Leonia, NJ 07605

BC Partners, LLC
59 Eastlake Road
Mount Pleasant, SC 29464

Beavis, Robert
5 Third Avenue
Sea Girt, NJ 08750

Berkely Investment Technologies, Inc.
5 Eastlake Road
Mount Pleasant, SC 29464

Bishop, Edward
59 Eastlake Road
Mount Pleasant, SC 29464

```
Bishop, Mary Frances
59 Eastlake Road
Mount Pleasant, SC 29464


Blendon Capital LLC
1830 Ivy Point Court
Naples, FL 34109


Bonds.Com Holdings
1500 Broadway, 31st Floor
New York, NY 10036


Brandt, John
30 Shoolhouse Road
Old Bethpage, NY 11804


Brawn, Todd
819 Meadowood Blvd.
Madison, OH 44057


Burke, John
91 Hedden Terrace
North Arlington, NJ 07031


Churi, Anand R.
2641 Kennedy Blvd.
Jersey City, NJ 07306


Clear Creek Consulting
285 Century Place, Suite 200
Louisville, CO 80027


Cognito
330 Madison Avenue, Suite 638
New York, NY 10017


Concord Limousine
712 Third Avenue
Brooklyn, NY 11232


Copper Conferencing
Dept AT 952323
Atlanta, GA 31192
```

```
Cotton, Dustin
103 Adams School Road
Grand Isle, VT 05452


Crosby, William
1551 Ben Sawyer Blvd., Unit 26
Mount Pleasant, SC 29464


Cross County Telephone System
151 East Jericho Turnpike
Mineola, NY 11501


CSC (Delaware Rep)
PO Box 9020
Des Moines, IA 50368


Daniel West
102 Blythwood Drive
Columbia, TN 38401


David Muir
200 Club Ridge Road
Marietta, GA 30068


Dewey, Christopher
173 Lamington Road
Oldwick, NJ 08858


Din, Khaja
344 West Dayton Stree #309
Madison, WI 53703


Doyle, William
11 E. 66th Street
New York, NY 10036


DTI Corporation, Inc.
59 Eastlake Rd.
Mount Pleasant, SC 29464


Duane Morris, LLP
111 South Calvert Street
Suite 2000
Baltimore, MD 21202
```

Ezra Group, LLC
9 Van Wickle Rd., Ste 4
East Brunswick, NJ 08816


Fazil, Ahmed
1818 Bittersweet Lane
Mount Prospect, IL 60056


Fifer, Michael
12815 Newhope St.
Garden Grove, CA 92840


Financial Technology Labs
353 Lanternback Island Drive
Satellite Beach, FL 32937


Fiori, Charles
84 Haven Avenue
Port Washington, NY 11050


Fitzgerald, John
661 Terry Blvd.
Holbrook, NY 11741


Fitzgerald, Roseanne
661 Terry Blvd.
Holbrook, NY 11741


FL Wilson Trust
PO Box 2357
Stuart, FL 34995


Frank Lugo
10991 Pentas Royale Court
Englewood, FL 34223


Genius Computer Soultions, Inc
45 John Street, Ste 601
New York, NY 10038


Ginnis, Tod
206 Warren St., Apt 3L
Jersey City, NJ 07302

Glendoval J. Stephens, Esq.
305 Broadway, 14th Floor
New York, NY 10007


Goldsoble, Alan
4115 Moore Park Avenue, Suite
San Jose, CA 95117


Graham Freckleton
55 West 26th Street, Apt. 11-D
New York, NY 10010


Great West
Dept 1277
Denver, CO 80256


Harold Wooley
14 W. 17th Street, Apt. 115
New York, NY 10011


Hosten, Michael
612 Rachel Drive
Yorktown Heights, NY 10598


iLinc Communications
2999 N 44th Street, Suite 650
Phoenix, AZ 85018


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


INTERNAP
1 Ravinia Drive #1300
Atlanta, GA 30346


James Kuzmick
10507 Milkweed Drive
Great Falls, VA 22066


Jay Suites II, LLC
369 Lexington Ave, 2nd Floor
New York, NY 10017

JGT Investment Holding
PO Box 2357
Stuart, FL 34995


Jimenez, Grace
9 Eastern Parkway #3
Jersey City, NJ 07305


John B. Barry, III
8222 Regents Court
University Park, FL 34201


Karaahmetoglu & Luz Firm, LLP
1500 Broadway, 21st Floor
New York, NY 10036


Karam, Jake A.
145 E. 15th Street, Apt 1T
New York, NY 10003


Keith LLC
PO Box 2357
Stuart, FL 34995


Kellstrom, Chris
1 Cromwell Drive
Morristown, NJ 07690


Kestrel Solutions LLC
369 Lexington Avenue
New York, NY 10017


Kestrel Solutions, LLC
369 Lexington Avenue
New York, NY 10017


Kevin Moore
6 Potomac Court
Alexandria, VA 22314


KEY Equipment Financing
600 Travis Stree, Suite 1300
Houston, TX 77002

```
Knox, Rober
3734 Ecker Hill Drive
Park City, UT 84098


Kostelanetz & Fink, LLP
250 Greenwich Street, 34th Fl
New York, NY 10007


Kuzmick, James J.
10507 Milkweed Drive
Great Falls, VA 22066


Lam Financial
3159 Shore parkway
Brooklyn, NY 11235


Lam, Daniel
3159 Shore parkway
Brooklyn, NY 11235


Lancaster, Robert B.
71 Broadway, Apt 4A
New York, NY 10006


Law Offices of Charles W. Ott
PO Box 1332
El Granada, CA 94018


Leslie WaterWorks
146 Lauman Lane
Hicksville, NY 11801


Levenkov, Oleg
1640 Ocean Parkway, Apt C45
Brooklyn, NY 11223


Levin & Gann
502 Washington Avenue, 8th Fl
Towson, MD 21204


Littler Mendelson, PC
PO Box 45547
San Francisco, CA 94145
```

Locksley, John
185 West End Avenue, Apt. 9A
New York, NY 10023

Lynch Trembicki & Boynton
225 Main Street, Ste 103
Westport, CT 06880

Manhattan Mini Storage
260 spring Street
New York, NY 10013

MARCORP, Inc.
151 Engle Street, Apt C5
Englewood, NJ 07631

Matrix Telecom, Inc.
PO Box 742501
Cincinnati, OH 45274

McIntyre, Marvin
3111 Dahlia Way
Naples, FL 34105

Metzger, Donald
2201 Greenspring Valley Rd.
Stevenson, MD 21153

Michael Clements
4348 Mariners Cove Drive
Lake Worth, FL 33467

Miscimarra, Anthony F.
9 George langoleh Ct.
Rye, NY 10580

Nancy Barnes
609 Kinney Avenue
Austin, TX 78704

National Securities Corp.
120 Broadway, 27th Floor
New York, NY 10271

```
NYS Dept. of Labor
75 Broad Street, 16th Floor
New York, NY 10004


NYS Dept. of Tax & Finance
OPTS-Sales Tax liability Res.
WA Harriman State Campus
Albany, NY 12227


NYS Worker's Compensation Bd
Bureau of Compliance
100 Broadway
Albany, NY 12241


NYS Workers Compensation
RMS Collections Attn: E.Nicks
55 Broadway, Ste 201
New York, NY 10006


O'Hare, Donald L.
735 S. Pitt Street
Alexandria, VA 22314


Oates, Nickey
25 Highland Park Village
Dallas, TX 75205


Ohio Dept of Job & Family Serv
Office of Unemployment Comp.
PO Box 182404
Columbus, OH 43218


Ohio Dept. of Taxation
ATT:  Laurence Lasky, Esq.
130 West Second St., Ste 830
Dayton, OH 45402


Oxford Health plans
PO Box 1697
Newark, NJ 07101


Pac, Christopher
283 St. Pauls Avenue
Jersey City, NJ 07306
```

```
Paychex
1250 Broadway, 29th Fl
New York, NY 10001


Pearson, Ethan
1009 S. End Rd.
North Hero, VT 05474


Perkin, Nicolas
321 E. 71st Street, Apt 1F
New York, NY 10021


Pitney Bowers Purchase Power
PO Box 856042
Louisville, KY 40285


Pitney Bowes GFX/PBBC
PO box 856460
Louisville, KY 40285


Poland Spring
PO Box 52271
Phoenix, AZ 85072


Preston, Richard
10864 Wolf Hill lane
Great Falls, VA 22066


Quay, Mee
395 South End Avenue, #7M
New York, NY 10280


Richard Whiting
20 Carriage Hill Drive
Far Hills, NJ 07931


Sabio, Brett W.
2517 Route 35
Bldg I, Suite 101
Manasquan, NJ 08736


Self Storage Plus Timonium
16 West Aylesbury Rd.
Timonium, MD 21093
```

Shoppe, William
4429 University Blvd.
Dallas, TX 75205


SIGNIUS-RSVP NY
24 West 39th Street, 2nd Floor
New York, NY 10018


Sindex Systems, Inc.
21 Roosevelt Avenue
Larchmont, NY 10538


Smith, Stephen
1246 Forrest Hill Drive
Lower Gwynedd, PA 19002


Soto, Maida Salas
74 Maple Avenue, 1st Floor
Newark, NJ 07112


State of California-Franchise
PO Box 942857
Sacramento, CA 94257


State of Vermont Dept of Taxes
Dept of Taxes
PO Box 429
Montpelier, VT 05601


Swide, Alan
43 Valley Forge Rd.
Weston, CT 06833


Taber, Edward A.
1001 Colverleaf Rd.
Ruxton, MD 21204


Thomas Becker
59 Carthage Road
Scarsdale, NY 10583


Tomkins, Richard
1060 lakeshore Driver
Gallatin, TN 37066

Valery German
1877 E. 12th Street, Apt. 5G
Brooklyn, NY 11229


Verizon NY
PO Box 15124
Albany, NY 12212


Verizon Wireless
PO Box 408
Newark, NJ 07101


Whiteford,Taylor & Preston LLP
7 Saint paul street
Baltimore, MD 21202


Will Coleman
9171 Tivoli Drive
Gordonsville, VA 22942


William Chew, estate of
3421 Sweet Air Road, Suite 2
Phoenix, MD 21131


William McMullen
17050 silver Charm Place
Leesburg, VA 20176


Winnow, Inc.
1830 Ivy point Court
Naples, FL 34109


XO Communications
14239 Collections Center Drive
Chicago, IL 60693


Zawisza, Norman
73 Bank Street
Saint Albans, VT 05478


Zeng, Jacky
1573 79th street
Brooklyn, NY 11228

```
Zilberman, Mark
11245 Indian trail
Dallas, TX 75229
```