UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>KESTREL TECHNOLOGIES, INC.,<br><br>and<br><br>KESTREL SOLUTIONS, LLC<br><br>Debtors. | Chapter 11<br><br>Case No. 12-15052<br><br><br><br>Case No. 12-15054 |

**ORDER PURSUANT TO RULE 1015(b) OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE
DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon the motion dated January 7, 2013 (the "Motion") of Kestrel Technologies, Inc. and Kestrel Solutions, LLC, debtors and debtors in possession (collectively, the "Debtors"), for an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules") directing the joint administration of the Debtors' Chapter 11 cases for procedural purposes only, as more fully described in the Motion; and upon consideration of the Declaration of Edward L. Bishop, III (the "Declaration"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the U.S. Trustee for the Southern District of New York and (ii) the proposed post-petition lender; and it appearing that no other or further notice need be provided; and the relief requested in the Motion being in the best interests of the Debtors and their estates and creditors; and the Court having reviewed

the Motion; and the Court having determined that the legal and factual bases set forth in the Motion and in the Declaration establish just cause for the relief granted herein; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtors' Chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No.12-15052; and it is further

ORDERED that nothing contained in this order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the Debtors' Chapter 11 cases pursuant to Bankruptcy Rule 1015(b); and it is further

ORDERED that the caption of the jointly administered cases should read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **KESTREL TECHNOLOGIES, INC.,** *et al.*, | Case No. 12-15052 |
| **Debtors.**[1] | **(Jointly Administered)** |

; and it is further

ORDERED that the Debtors shall be permitted to file their monthly operating reports required by the U.S. Trustee Operating Guidelines on a consolidated basis upon consultation with the U.S. Trustee. Provided however, the monthly operating reports shall set forth each

---

[1] The Debtors are the following entities: Kestrel Technologies, Inc. ("**Kestrel Technologies**"), and Kestrel Solutions, LLC ("**Kestrel Solutions**"). The employer tax identification numbers and addresses for each of the Debtors are set forth in the Debtors' chapter 11 petitions.

2

Debtor's monthly disbursements separately.


Dated:  New York, New York
        January 18, 2013

                                    *s/ James M. Peck*
                                    Honorable James M. Peck
                                    United States Bankruptcy Judge