UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| Kestrel Technologies, Inc., et al., | Lead Case No. 12-15052 (JMP) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

## APPOINTMENT OF
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Tracy Hope Davis, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of Kestrel Technologies, Inc., *et al.*, debtors-in-possession:

1. Tod Ginnis
   206 Warren St., Apt. 3L
   Jersey City, New Jersey 07302
   Telephone: (201) 638-4109

2. Harold S. Wooley
   14 W. 17th Street, Apt. 11-S
   New York, New York 10011
   Tel: (212) 741-0635

3. Stephen Smith
   1246 Forrest Hill Drive
   Lower Gwynedd, Pennsylvania 19002
   Tel.: (215) 840-2003

Dated: New York, New York
       January 29, 2013

                                                       TRACY HOPE DAVIS
                                                       UNITED STATES TRUSTEE

By:    /s Richard C. Morrissey
          Richard C. Morrissey
          Trial Attorney
          33 Whitehall Street, 21st Floor
          New York, New York 10004
          Tel. No. (212) 510-0500