UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>KESTREL TECHNOLOGIES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 12-15052 (JMP)<br><br>(Jointly Administered) |

**ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF PERKINS COIE LLP AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO FEBRUARY 12, 2013**

Upon the application of the Official Committee of Unsecured Creditors (the "Committee") of Kestrel Technologies, Inc. and Kestrel Solutions LLC (collectively, the "Debtors") for an order, pursuant to sections 328 and 1103 of Title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Committee to employ and retain Perkins Coie LLP ("Perkins Coie") as the Committee's attorneys in these cases, *nunc pro tunc* to February 12, 2013 (the "Application"); and upon the declaration of Schuyler G. Carroll, Esq., a partner at Perkins Coie, which is annexed to the Application; and it appearing that due and proper notice of the Application has been given; and after due deliberation, and sufficient cause appearing therefor; it is hereby

ORDERED that the Application is approved; and it is further

ORDERED that pursuant to sections 328 and 1103 of the Bankruptcy Code, the Committee is hereby authorized and empowered to employ Perkins Coie as its attorneys in these Chapter 11 Cases, *nunc pro tunc* to February 12, 2013, and Perkins Coie is authorized to perform the services on behalf of the Committee; and it is further

ORDERED that Perkins Coie shall be compensated in accordance with the procedures set forth in sections 328, 330, and 331 of the Bankruptcy Code, and applicable Federal Rules of

---

[1] The Debtors are the following entities: Kestrel Technologies, Inc. and Kestrel Solutions, LLC. The employer tax identification numbers and addresses for each of the Debtors are set forth in the Debtors' chapter 11 petitions.

Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and such other procedures as may be fixed by order of this Court; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
March 28, 2013

      *s/ James M. Peck*
      Honorable James M. Peck
      United States Bankruptcy Judge