Hearing Date: August 8, 2013 at 10:00 a.m. (Prevailing Eastern Time)
Objection Deadline: August 1, 2013 at 4:00 p.m. (Prevailing Eastern Time)

HODGSON RUSS LLP
1540 Broadway, 24th Floor
New York, New York 10036
Telephone: (212) 751-4300
Facsimile:  (212) 751-0928
Heidi J. Sorvino, Esq.
James C. Thoman, Esq.
Carmine J. Castellano, Esq.

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

KESTREL TECHNOLOGIES, INC. et al,    Case No. 12-15052
                                      Chapter 11 Case

                        Debtors[1].    Jointly Administered

**NOTICE OF HEARING ON FIRST INTERIM APPROVAL AND ALLOWANCE**
**OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES INCURRED**

**PLEASE TAKE NOTICE** that a hearing to consider the Applications of Hodgson Russ LLP as Debtors' Counsel, Perkins Coie LLP as Counsel to The Official Committee of Unsecured Creditors, England & Company as investment banker and financial advisor to the Debtors and Gavin/Solmonese LLC as financial advisors to The Official Committee of Unsecured Creditors, for Ordinary Course Professional Fees and Expenses will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 601, New York, New York 10004 (the "Bankruptcy Court"), on **August 8, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard, pursuant to Sections 331 and 503(b) of the United States Bankruptcy Code,

---

[1] The Debtors are the following entities:  Kestrel Technologies, Inc. ("Kestrel Technologies"), and Kestrel Solutions, LLC ("Kestrel Solutions").  The employer tax identification numbers and addresses for each of the Debtors are set forth in the Debtors' chapter 11 petitions.

Rules 2002 and 2016, and the procedural guidelines adopted by the Executive Office for the United States Trustees.

Each of the First Interim Fee Applications ("Fee Application," and collectively, the "Fee Applications")  seek an Order of this court allowing as an administrative expense of this chapter 11 proceeding on an interim basis, reasonable attorney's fees and disbursements expended, as follows:

| APPLICANT | PERIOD | RETAINED AS | REQUESTED FEES | REQUESTED EXPENSES |
|---|---|---|---|---|
| Hodgson Russ LLP [Docket No. 99 ] | January 1, 2013 – April 30, 2013 | Counsel to the Debtors and Debtors in Possession | $140,900.50 | $5,870.33 |
| Perkins Coie LLP | January 1, 2013 – June 30, 2013 | Counsel to the Official Committee of Unsecured Creditors | $117,258.00 | $1,444.95 |
| England & Company [Docket No. 98] | December 31, 2012 – May 31, 2013 | Investment Banker and Financial Advisor to the Debtor | $75,000.00 | $5,341.36 |
| Gavin/Solmonese LLC [Docket No. 95] | February 7, 2013 – May 31, 2013 | Financial Advisors to the Official Committee of Unsecured Creditors | $61,315.00 | $1,625.57 |

**PLEASE TAKE FURTHER NOTICE** that, a detailed description of the services performed and expenses incurred is contained in the Fee Applications, which are on file with the Clerk of the U.S. Bankruptcy Court for the Southern District of New York.  Copies of the Fee Applications may be obtained by contacting Hodgson Russ LLP, Attn: Renee Leek, 1540 Broadway, 24th Floor, New York, NY  10036, telephone number (716) 856-4000.  A copy of each of the Fee Applications may also be obtained by accessing the Bankruptcy Court's website at ww.nysb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that, responses, if any, to the Fee Applications must comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, specifically General Order M-447, as well as any amendments or subsequent standing orders and

must be set forth in a writing describing the basis therefore and must be filed with the Bankruptcy Court electronically in accordance with General Order M-399 by registered users of the Court's electronic case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website of the Bankruptcy Court) and, served upon each of the following:  (i) the Chambers of the Honorable James M. Peck, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 10004; (ii) Kestrel Technologies, Inc., 369 Lexington Avenue, Suite 308, New York 10017-6516; (iii) counsel to the Debtors, Hodgson Russ LLP, 1540 Broadway, 24th Floor, New York, New York 10036  (Attn:  Heidi J. Sorvino, Esq.); (iv) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Room 1006, New York, New York 10004 (Attn:  Richard C. Morrissey, Esq.); (v) counsel for the Committee, Perkins Coie LLP, 30 Rockefeller Plaza, 22nd Floor, New York, NY 10112 (Attn:  Schuyler G. Carroll, Esq.) and (vi) all parties requesting notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002, so as to be actually received no later than **August 1, 2013 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only those responses that are timely filed, served and received will be considered at the Hearing.  Failure to file and serve a timely objection may result in entry of a final order granting the Fee Applications without further notice.  The parties are required to attend the Hearing and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated:  New York, New York
        July 17, 2013

By:    _____/s/ Heidi J. Sorvino_____
       Heidi J. Sorvino
       James C. Thoman
       Carmine J. Castellano

HODGSON RUSS LLP
1540 Broadway, 24th Floor
New York, New York 10036
Telephone: (212) 751-4300
Facsimile:  (212) 751-0928

*Counsel to the Debtors and Debtors in Possession*

073811.00000 Litigation 11629436v1