**EXHIBIT B**

Detailed Invoices
Showing Services Provided By Project Category

| Project Category | Matter No. | Total Hours | Total Fees |
|---|---|---|---|
| Committee Representation - Chapter 11 | 1 | 2.60 | $      387.00 |
| Case Administration | 2 | 23.30 | $   12,424.50 |
| Committee Communications | 3 | 0.40 | $      158.00 |
| Asset Sale/Analysis/Recovery | 4 | 79.70 | $   55,357.50 |
| Business Operations | 5 | 1.00 | $      395.00 |
| Fee/Employment Applications | 7 | 34.40 | $   10,377.00 |
| Fee/Employment Objections | 8 | 4.70 | $    1,856.50 |
| Financing | 9 | 42.80 | $   23,770.50 |
| Litigation – General | 10 | 16.00 | $   10,882.00 |
| Plan & Disclosure Statement | 11 | 0.70 | $      577.50 |
| Lien Review | 15 | 1.30 | $    1,072.50 |
| **Total Fees** | | 206.90 | $117,258.00 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



# DRAFT

| INVOICE # | BILL DATE |
|---|---|
| DRAFT | July 22, 2013 |

| ACCOUNT # | DUE DATE |
|---|---|
| 088662.0001 | August 21, 2013 |

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York, NY 10011

Matter Number / Name        088662.0001 / Committee Rep. - Chapter 11

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | TOTAL DUE THIS INVOICE: |
|---|---|---|---|
| $ 0.00 | $495.09 | | $495.09 |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Page 1 of 2



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0001 / Committee Rep. - Chapter 11

## FOR DISBURSEMENTS THROUGH 03/31/13

| DESCRIPTION | AMOUNT |
|---|---|
| Travel expense - - S. Carroll, Court appearances, 02/14/2013 - 03/06/2013 | $4.50 |
| Travel expense - - S. Carroll, Court appearances, 02/14/2013 - 03/06/2013 | $4.50 |
| Air express charge | $62.91 |
| Special postage | $2.64 |
| Computer research - Lexis/WestLaw | $414.74 |
| Computer Research | $5.80 |

**TOTAL FOR DISBURSEMENTS**
$495.09

**TOTAL DUE THIS INVOICE**
**$495.09**

## ACCOUNTS RECEIVABLE AGING INFORMATION

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Costs: | $495.09 | $0.00 | $0.00 | $0.00 | $0.00 | $495.09 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $495.09 | $0.00 | $0.00 | $0.00 | $0.00 | $495.09 |



1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000

# DRAFT

| INVOICE # | BILL DATE |
|---|---|
| DRAFT | July 22, 2013 |
| ACCOUNT # | DUE DATE |
| 088662.0001 | August 21, 2013 |

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York, NY 10011

Matter Number / Name          088662.0001 / Committee Rep. - Chapter 11

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | TOTAL DUE THIS INVOICE: |
|---|---|---|---|
| $ 0.00 | $678.04 | | $678.04 |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP
Attn: Client Accounting
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Please reference:
Perkins Coie Account No. 088662 and Invoice DRAFT**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Swift Code # US BK US 44I MT
Please reference:
Perkins Coie Account No. 088662 and Invoice DRAFT**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Page 1 of 2



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0001 / Committee Rep. - Chapter 11

**FOR DISBURSEMENTS** THROUGH 03/01/13

| DESCRIPTION | AMOUNT |
|---|---|
| Court reporter/transcript fee - - In re. Kestrel Technologies, Inc., Hearing on 2.14.13 | $51.10 |
| Photocopies and printing | $14.40 |
| Long distance telephone charges | $15.52 |
| Computer research - Lexis/WestLaw | $597.02 |

TOTAL FOR DISBURSEMENTS
$678.04

**TOTAL DUE THIS INVOICE**
**$678.04**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

|  | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Costs: | $678.04 | $0.00 | $0.00 | $0.00 | $0.00 | $678.04 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $678.04 | $0.00 | $0.00 | $0.00 | $0.00 | $678.04 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



| INVOICE # | BILL DATE |
|---|---|
| 5002058 | July 22, 2013 |

| ACCOUNT # | DUE DATE |
|---|---|
| 088662.0001 | August 21, 2013 |

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York, NY 10011

Matter Number / Name        088662.0001 / Committee Rep. - Chapter 11

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | TOTAL DUE THIS INVOICE: |
|---|---|---|---|
| $ 0.00 | $131.87 | | $131.87 |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP
Attn: Client Accounting
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Please reference:
Perkins Coie Account No. 088662 and Invoice 5002058**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Swift Code # US BK US 44I MT
Please reference:
Perkins Coie Account No. 088662 and Invoice 5002058**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



INVOICE #: 5002058

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0001 / Committee Rep. - Chapter 11

**FOR DISBURSEMENTS** THROUGH 04/30/13

| DESCRIPTION | AMOUNT |
|---|---|
| Messenger charges | $14.30 |
| Air express charge | $(16.05) |
| Computer Research | $133.62 |

**TOTAL FOR DISBURSEMENTS**

$131.87

**TOTAL DUE THIS INVOICE**

**$131.87**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Costs: | $131.87 | $0.00 | $0.00 | $0.00 | $0.00 | $131.87 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $131.87 | $0.00 | $0.00 | $0.00 | $0.00 | $131.87 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



# DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York,  NY  10011

| INVOICE # | BILL DATE |
|---|---|
| DRAFT | July 22, 2013 |

| ACCOUNT # | DUE DATE |
|---|---|
| 088662.0001 | August 21, 2013 |

Matter Number / Name        088662.0001 / Committee Rep. - Chapter 11

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | TOTAL DUE THIS INVOICE: |
|---|---|---|---|
| $387.00 | $4.50 | | $391.50 |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



**INVOICE #: DRAFT**

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0001 / Committee Rep. - Chapter 11

## FOR SERVICES THROUGH 05/31/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 05/02/13 | J. Higa | 1.80 | Prepare Certificate of Service for Objection to Sale and reformat exhibits A and B for same; revise Objection to Sale; file and prepare email providing service of same; |
| 05/03/13 | A. Collins | 0.80 | Coordinate delivery of courtesy copy of Objection to Sale to Judge Peck's Chambers; |

| TOTAL | HOURS |
|---|---|
| | 2.60 |

**SERVICES**
$387.00

## FOR DISBURSEMENTS THROUGH 05/31/13

| DESCRIPTION | AMOUNT |
|---|---|
| Local travel expense - Carroll, Schuyler G. - Local travel expense | $4.50 |

**TOTAL FOR DISBURSEMENTS**
$4.50

**TOTAL DUE THIS INVOICE**
**$391.50**

## ACCOUNTS RECEIVABLE AGING INFORMATION

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $387.00 | $0.00 | $0.00 | $0.00 | $0.00 | $387.00 |
| Costs: | $4.50 | $0.00 | $0.00 | $0.00 | $0.00 | $4.50 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $391.50 | $0.00 | $0.00 | $0.00 | $0.00 | $391.50 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000


Perkins
Coie
LLP

# DRAFT

| INVOICE # | BILL DATE |
|---|---|
| DRAFT | July 22, 2013 |
| ACCOUNT # | DUE DATE |
| 088662.0001 | August 21, 2013 |

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York, NY 10011

Matter Number / Name          088662.0001 / Committee Rep. - Chapter 11

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | TOTAL DUE THIS INVOICE: |
|---|---|---|---|
| $ 0.00 | $89.56 | | $89.56 |

*Payment due in U.S. Currency*

### INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or
proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Page 1 of 2



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0001 / Committee Rep. - Chapter 11

## FOR DISBURSEMENTS THROUGH 06/30/13

| DESCRIPTION | AMOUNT |
|---|---|
| Computer research - Lexis/WestLaw | $76.96 |
| Computer Research | $12.60 |

**TOTAL FOR DISBURSEMENTS**
$89.56

**TOTAL DUE THIS INVOICE**
**$89.56**

### ACCOUNTS RECEIVABLE AGING INFORMATION

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Costs: | $89.56 | $0.00 | $0.00 | $0.00 | $0.00 | $89.56 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $89.56 | $0.00 | $0.00 | $0.00 | $0.00 | $89.56 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



# DRAFT

| INVOICE # | BILL DATE |
|---|---|
| DRAFT | July 22, 2013 |
| ACCOUNT # | DUE DATE |
| 088662.0002 | August 21, 2013 |

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York, NY 10011

Matter Number / Name        088662.0002 / Case Administration

| TOTAL FOR SERVICES: $5,244.00 | TOTAL FOR DISBURSEMENTS: $ 0.00 | TOTAL FOR LATE CHARGES: | TOTAL DUE THIS INVOICE: $5,244.00 |
|---|---|---|---|

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0002 / Case Administration

**FOR SERVICES** THROUGH 02/28/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 02/21/13 | T. Moss | 0.20 | Review of creditors and parties in interest regarding disclosure; |
| 02/27/13 | J. Vanacore | 0.20 | Strategy with S. Carroll regarding initial case issues and 341 meeting; |
| 02/27/13 | J. Vanacore | 0.70 | Telephone conference with financial advisor, W. Weitz regarding 341 meeting; |
| 02/27/13 | J. Vanacore | 0.40 | Prepare for telephone conference with financial advisor; |
| 02/28/13 | J. Vanacore | 0.60 | Review Bondhawk D&B; review key employees to prepare for 341 meeting; |
| 02/28/13 | J. Vanacore | 0.40 | Draft summary of Bondhawk questions to prepare for 341 meeting; |
| 02/28/13 | J. Vanacore | 0.30 | Review Bondhawk license agreement to prepare for 341 meeting; |
| 02/28/13 | J. Vanacore | 0.60 | Review monthly operating reports to prepare for 341 meeting; |
| 02/28/13 | J. Vanacore | 0.40 | Review IRS stipulation to prepare for 341 meeting; |
| 02/28/13 | J. Vanacore | 0.30 | Review England deal room to prepare for 341 meeting; |
| 02/28/13 | J. Vanacore | 0.30 | Review library research to prepare for 341 meeting; |
| 02/28/13 | J. Vanacore | 0.10 | Emails with W. Weitz regarding 341 meeting outline; |
| 02/28/13 | J. Vanacore | 0.60 | Review transcript of Kestrel hearing to prepare for 341 meeting; |
| 02/28/13 | J. Vanacore | 0.20 | Telephone conference with W. Weitz regarding 341 meeting and preparation for same; |
| 02/28/13 | J. Vanacore | 0.80 | Preparation for 341 meeting; |
| 02/28/13 | J. Vanacore | 1.40 | Continue preparation of outline for 341 questions to pose to Debtor's representative; |
| 02/28/13 | J. Vanacore | 0.40 | Review England material to prepare for 341 meeting; |
| 02/28/13 | J. Vanacore | 1.60 | Final preparation for 341 meeting; |
| 02/28/13 | S. Haider | 0.30 | Emails with J. Vanacore providing background materials in preparation for 341 meeting of creditors; |

| TOTAL | | HOURS | |
|---|---|---|---|
| | | 9.80 | |

**SERVICES**

$5,244.00



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0002 / Case Administration

```
┌─────────────────────────────┐
│   TOTAL DUE THIS INVOICE    │
│              $5,244.00      │
└─────────────────────────────┘
```

**ACCOUNTS RECEIVABLE AGING INFORMATION**

|  | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $5,244.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,244.00 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $5,244.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,244.00 |



1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000

# DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York, NY 10011

| INVOICE # | BILL DATE |
|---|---|
| DRAFT | July 22, 2013 |
| ACCOUNT # | DUE DATE |
| 088662.0002 | August 21, 2013 |

Matter Number / Name      088662.0002 / Case Administration

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | TOTAL DUE THIS INVOICE: |
|---|---|---|---|
| $4,826.50 | $ 0.00 | | $4,826.50 |

*Payment due in U.S. Currency*

INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

---

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Page 1 of 3



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0002 / Case Administration

## FOR SERVICES THROUGH 03/31/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 03/01/13 | J. Vanacore | 0.90 | Final preparation for 341 meeting; finalize outline and review of key documents; |
| 03/01/13 | J. Vanacore | 4.90 | Attend 341 meeting at office of the United States trustee; conferences with financial advisors prior and subsequent to hearing; |
| 03/01/13 | J. Vanacore | 0.60 | Conferences with S. Carroll regarding summary of 341 meeting and strategy going forward; |
| 03/01/13 | J. Vanacore | 0.10 | Emails with W. Weitz regarding follow-up issues to 341 meeting; |
| 03/01/13 | J. Vanacore | 0.20 | Draft proposed email to Debtors counsel regarding 341 meeting issues; |
| 03/01/13 | J. Vanacore | 0.40 | Draft information discovery demand correspondence to Debtors counsel for committee review; |
| 03/01/13 | S. Haider | 0.30 | Office conference with J. Vanacore, S. Carroll regarding results of 341 meeting of creditors; |
| 03/04/13 | J. Vanacore | 0.40 | Review research with library regarding FL Wilson; emails regarding same; |
| 03/05/13 | J. Vanacore | 0.20 | Telephone conference with H. Sorvino regarding carveout issues; |
| 03/06/13 | J. Vanacore | 0.40 | Review and revise 341 letter to H. Sorvino; incorporate client comments regarding same; |
| 03/06/13 | J. Vanacore | 0.10 | Emails with H. Sorvino regarding 341 letter regarding follow-up items; |
| 03/08/13 | J. Vanacore | 0.20 | Review letter from R. Tinio regarding tax lien; review lien regarding same; |
| 03/08/13 | J. Vanacore | 0.20 | Strategy with S. Carroll regarding tax claims; |
| 03/13/13 | J. Vanacore | 0.20 | Emails with W. Weitz regarding strategy; review same and 341 memo to H. Sorvino; |

| TOTAL | | HOURS | |
|---|---|---|---|
| | | 9.10 | |

SERVICES
$4,826.50

**TOTAL DUE THIS INVOICE**
**$4,826.50**



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0002 / Case Administration

**ACCOUNTS RECEIVABLE AGING INFORMATION**

|  | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $4,826.50 | $0.00 | $0.00 | $0.00 | $0.00 | $4,826.50 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $4,826.50 | $0.00 | $0.00 | $0.00 | $0.00 | $4,826.50 |



1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000

# DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York, NY 10011

| INVOICE # | BILL DATE |
|---|---|
| DRAFT | July 22, 2013 |
| ACCOUNT # | DUE DATE |
| 088662.0002 | August 21, 2013 |

Matter Number / Name        088662.0002 / Case Administration

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE:** |
|---|---|---|---|
| $481.50 | $41.39 | | **$522.89** |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP
Attn: Client Accounting
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Please reference:
Perkins Coie Account No. 088662 and Invoice DRAFT**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Swift Code # US BK US 44I MT
Please reference:
Perkins Coie Account No. 088662 and Invoice DRAFT**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Page 1 of 2



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0002 / Case Administration

## FOR SERVICES THROUGH 05/31/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 05/02/13 | J. Vanacore | 0.30 | Draft short memo regarding 341 issues to address with Debtors counsel; |
| 05/02/13 | J. Vanacore | 0.30 | Telephone conference with S. Carroll regarding 341 issues; review file and notes regarding same to address questions; |
| 05/13/13 | J. Vanacore | 0.30 | Review employee lists and issues with S. Carroll; |

| TOTAL | HOURS |
|-------|-------|
|       | 0.90  |

SERVICES
$481.50

## FOR DISBURSEMENTS THROUGH 05/31/13

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Computer research - Lexis/WestLaw | $41.39 |

TOTAL FOR DISBURSEMENTS
$41.39

**TOTAL DUE THIS INVOICE**
**$522.89**

## ACCOUNTS RECEIVABLE AGING INFORMATION

|  | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|--|--------|---------|---------|----------|------|-------|
| Fees: | $481.50 | $0.00 | $0.00 | $0.00 | $0.00 | $481.50 |
| Costs: | $41.39 | $0.00 | $0.00 | $0.00 | $0.00 | $41.39 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $522.89 | $0.00 | $0.00 | $0.00 | $0.00 | $522.89 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000


Perkins
Coie
LLP

# DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York,  NY  10011

| INVOICE # | BILL DATE |
|---|---|
| DRAFT | July 22, 2013 |
| ACCOUNT # | DUE DATE |
| 088662.0002 | August 21, 2013 |

Matter Number / Name        088662.0002 / Case Administration

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | TOTAL DUE THIS INVOICE: |
|---|---|---|---|
| $1,872.50 | $ 0.00 | | $1,872.50 |

Payment due in U.S. Currency

INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP
Attn: Client Accounting
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Please reference:
Perkins Coie Account No. 088662 and Invoice DRAFT**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Swift Code # US BK US 44I MT
Please reference:
Perkins Coie Account No. 088662 and Invoice DRAFT**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or
proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0002 / Case Administration

**FOR SERVICES** THROUGH 06/30/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------------------------|
| 06/10/13 | J. Vanacore | 0.20 | Review hearing issues with S. Carroll; |
| 06/11/13 | J. Vanacore | 0.30 | Draft summary of hearing; review issues with S. Carroll; |
| 06/11/13 | J. Vanacore | 2.60 | Attend hearing on contract rejection and extending exclusivity before Judge Peck; |
| 06/11/13 | J. Vanacore | 0.40 | Final preparation for hearing; review motions on calendar; |

| TOTAL | HOURS |
|-------|-------|
| | 3.50 |

**SERVICES**
$1,872.50

**TOTAL DUE THIS INVOICE**
**$1,872.50**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|--------|---------|---------|----------|------|-------|
| Fees: | $1,872.50 | $0.00 | $0.00 | $0.00 | $0.00 | $1,872.50 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $1,872.50 | $0.00 | $0.00 | $0.00 | $0.00 | $1,872.50 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



# DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York,  NY  10011

| INVOICE # | BILL DATE |
|---|---|
| DRAFT | July 22, 2013 |
| **ACCOUNT #** | **DUE DATE** |
| 088662.0003 | August 21, 2013 |

Matter Number / Name        088662.0003 / Committee Communications

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | TOTAL DUE THIS INVOICE: |
|---|---|---|---|
| $79.00 | $ 0.00 | | $79.00 |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to
**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

For WIRE REMITTANCE please direct to
**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or
proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Page 1 of 2



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0003 / Committee Communications

**FOR SERVICES** THROUGH 03/31/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 03/22/13 | S. Haider | 0.20 | Emails with S. Carroll to committee members advising on funding and next steps; |
| TOTAL | | HOURS 0.20 | |

SERVICES
$79.00

**TOTAL DUE THIS INVOICE**
**$79.00**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|--------|---------|---------|----------|------|-------|
| Fees: | $79.00 | $0.00 | $0.00 | $0.00 | $0.00 | $79.00 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $79.00 | $0.00 | $0.00 | $0.00 | $0.00 | $79.00 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



Perkins
Coie
LLP

| INVOICE # | BILL DATE |
|---|---|
| 5002059 | July 22, 2013 |
| ACCOUNT # | DUE DATE |
| 088662.0003 | August 21, 2013 |

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York,  NY  10011

Matter Number / Name          088662.0003 / Committee Communications

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | TOTAL DUE THIS INVOICE: |
|---|---|---|---|
| $79.00 | $ 0.00 | | $79.00 |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice 5002059**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice 5002059**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or
proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Page 1 of 2



INVOICE #: 5002059

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0003 / Committee Communications

**FOR SERVICES** THROUGH 04/30/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 04/23/13 | S. Haider | 0.20 | Review and consider email from S. Carroll to committee members regarding status of case and sales process; |
| TOTAL | | HOURS 0.20 | |

SERVICES
$79.00

| **TOTAL DUE THIS INVOICE** |
|---|
| **$79.00** |

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $79.00 | $0.00 | $0.00 | $0.00 | $0.00 | $79.00 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $79.00 | $0.00 | $0.00 | $0.00 | $0.00 | $79.00 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000

# Perkins Coie
LLP

# DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York, NY 10011

| INVOICE # | BILL DATE |
|---|---|
| DRAFT | July 22, 2013 |
| ACCOUNT # | DUE DATE |
| 088662.0004 | August 21, 2013 |

Matter Number / Name        088662.0004 / Asset Sale/Analysis/Recovery

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | TOTAL DUE THIS INVOICE: |
|---|---|---|---|
| $30,500.00 | $ 0.00 | | $30,500.00 |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or
proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Page 1 of 5



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0004 / Asset Sale/Analysis/Recovery

## FOR SERVICES THROUGH 02/28/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 02/13/13 | S. Carroll | 2.60 | Draft, review and revise objection to debtors' bid procedures and sale motion; |
| 02/13/13 | S. Carroll | 0.70 | Telephone calls and emails with P. Hartheimer, T. Gavin regarding revisions to objection to debtors' bid procedures and sale motion; |
| 02/13/13 | S. Carroll | 0.30 | Telephone conference with with J. Thoman, H. Sorvino, L Pellegrino regarding IRS issues; |
| 02/13/13 | S. Carroll | 0.90 | Telephone conference with J. Thoman, H. Sorvino, C. England, W. Weitz, P. Hartheimer regarding background of case; |
| 02/13/13 | S. Carroll | 0.40 | Telephone conference with L. Ebert regarding understanding background of case; |
| 02/13/13 | S. Carroll | 1.40 | Telephone conferences with W. Weitz, P. Hartheimer regarding preparing for hearing on DIP motion and sale motion; |
| 02/13/13 | J. Vanacore | 0.60 | Telephone conference with counsel to proposed purchaser (.4); review issues with S. Carroll (.2); |
| 02/14/13 | S. Carroll | 0.80 | Prepare for hearing on motion to approve bid procedures, break up fee and bid protections and DIP financing; |
| 02/14/13 | S. Carroll | 4.80 | Court appearance before Judge Peck regarding motion to approve bid procedures, break up fee and bid protections and DIP financing; |
| 02/14/13 | S. Haider | 0.40 | Review of and respond to email from S. Carroll to Committee, including with respect to sale issues; |
| 02/15/13 | S. Carroll | 0.60 | Emails with committee members regarding update on hearing to consider motions to approve interim DIP financing and bid procedures; |
| 02/15/13 | S. Carroll | 0.40 | Emails with T. Moss regarding preparing for 341 meeting; |
| 02/15/13 | S. Carroll | 0.20 | Emails with B. Janay (attorney for creditor incognito) regarding questions about sale and bankruptcy process; |
| 02/15/13 | S. Carroll | 0.20 | Emails with R. Morrissey, W. Weitz regarding preparing for 341 meeting; |
| 02/17/13 | S. Carroll | 1.20 | Develop strategy moving forward and consider issues regarding causes of action to be purchased by buyer and preparation for 341 meeting; |
| 02/18/13 | S. Carroll | 0.40 | Emails with P. Hartheimer, W. Weitz, S. Haider, T. Moss regarding preparation for 341 meeting; |
| 02/18/13 | S. Carroll | 0.50 | Emails with L. Ebert regarding request for BondHawk purchase agreement; |
| 02/18/13 | S. Carroll | 0.80 | Review and revise proposed order approving bid procedures; |
| 02/18/13 | S. Carroll | 0.40 | Emails with S. Haider regarding revisions to proposed order approving bid procedures and bid procedures; |
| 02/18/13 | S. Carroll | 1.10 | Review and revise bid procedures; |



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0004 / Asset Sale/Analysis/Recovery

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 02/18/13 | S. Carroll | 1.70 | Consider issues regarding terms of sale and assets being sold; |
| 02/18/13 | T. Moss | 0.80 | Review and analysis of Sale Motion and related documents; |
| 02/19/13 | S. Carroll | 0.60 | Emails with S. Haider, P. Hartheimer, W. Weitz regarding negotiation of proposed order approving bid procedures, and bid procedures; |
| 02/19/13 | S. Carroll | 0.30 | Emails with T. Gavin, W. Weitz regarding problems with marketing materials; |
| 02/20/13 | S. Carroll | 0.60 | Draft memorandum to committee members regarding issues; |
| 02/20/13 | S. Carroll | 0.90 | Draft email to committee members regarding hearing on interim DIP financing and bid procedures; |
| 02/20/13 | S. Carroll | 0.80 | Telephone calls and emails with S. Haider, T. Moss regarding debtors' submission of proposed order without consent of committee; |
| 02/20/13 | S. Haider | 1.60 | Draft, review and revise objection to bidding procedures; |
| 02/20/13 | S. Haider | 0.20 | Telephone conference with W. Weitz regarding debtors' submission of bidding procedures absent consent; |
| 02/20/13 | S. Haider | 0.40 | Telephone conference with T. Moss, W. Weitz on remaining issues with respect to bidding procedures; |
| 02/20/13 | S. Haider | 0.20 | Office conference with T. Moss regarding issues raised on bidding procedures order; |
| 02/20/13 | S. Haider | 0.30 | Telephone conference with W. Weitz at Gavin/Solmonese regarding comments to bidding procedures; |
| 02/20/13 | S. Haider | 0.30 | Review marketing materials provided by debtors; |
| 02/20/13 | S. Haider | 0.30 | Perform preliminary review of documents in data room; |
| 02/20/13 | S. Haider | 0.40 | Review email and referenced agreement from W. Weitz regarding BondHawk operating agreement; |
| 02/20/13 | S. Haider | 0.20 | Emails with debtors' counsel exchanging proposed language to bidding procedures regarding bidders' access to agreement between stalking horse and Broadhawk; |
| 02/20/13 | S. Haider | 0.30 | Office conferences with T. Moss regarding potential objection to bidding procedures submission; |
| 02/20/13 | S. Haider | 0.20 | Review comments from W. Weitz at Gavin/Solmonese on marketing materials; |
| 02/20/13 | S. Haider | 0.10 | Telephone conference with debtors' counsel and DIP lender counsel regarding objection to footnote 2 deletion; |
| 02/20/13 | S. Haider | 0.40 | Telephone conference with debtors' counsel (C. Castellano) regarding bidding procedures proposed order; |
| 02/20/13 | S. Haider | 0.40 | Emails with S. Carroll, T. Moss regarding contacting chambers and regarding objections; |



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0004 / Asset Sale/Analysis/Recovery

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 02/20/13 | S. Haider | 0.20 | Telephone conference with T. Moss regarding tasks needed to preserve objection to bidding procedures; |
| 02/20/13 | S. Haider | 0.30 | Review transcript of second day hearing in preparation of objection to bidding procedures; |
| 02/20/13 | S. Haider | 0.20 | Telephone calls and emails with paralegal regarding obtaining hearing transcript for use in bidding procedures objection; |
| 02/20/13 | S. Haider | 0.20 | Draft email to Chambers requesting delayed entry on order to accommodate anticipated objection; |
| 02/20/13 | T. Moss | 0.20 | Review recent pleadings filed; |
| 02/20/13 | T. Moss | 1.60 | Email correspondence and Teleconference with W. Weitz regarding bidding procedures and order (.7); Review and analysis of issues related to bidding procedures and order with S. Haider and consider objections to same (.8); Confer with S. Carroll regarding same (.1) ; |
| 02/21/13 | S. Carroll | 0.90 | Telephone calls and emails with S. Haider, A. Collins regarding revisions to objection to proposed bid procedures order; |
| 02/21/13 | S. Carroll | 0.20 | Emails with S. Haider, P. Hartheimer, W. Weitz regarding reply of stalking horse bidder to objection to proposed bid procedures order; |
| 02/21/13 | S. Carroll | 1.40 | Review and revise objection to proposed bid procedures order, bid procedures; |
| 02/21/13 | S. Haider | 0.40 | Revisions to objection and comport proposed bidding procedures order to objection; |
| 02/21/13 | S. Haider | 0.40 | Review revised bidding procedures objection; |
| 02/21/13 | S. Haider | 0.20 | Obtain access to data room for J. Vanacore, including telephone call to J. Jacobs at England & Co. with respect to same; |
| 02/21/13 | S. Haider | 0.20 | Revisions to email to Chambers per edits provided by S. Carroll and send same; |
| 02/21/13 | S. Haider | 0.80 | Review and finalize bidding procedures objection, including preparing redline and clean version for the Court and draft email to the Court regarding same; |
| 02/21/13 | S. Haider | 0.30 | Review email from L. Ebert (DIP lender counsel) regarding objection to bidding procedures; |
| 02/21/13 | S. Haider | 0.30 | Review response to objection to stalking horse and provide summary of same to S. Carroll; |
| 02/21/13 | S. Haider | 0.20 | Telephone conference with S. Carroll regarding draft objection to bidding procedures and needed revisions; |
| 02/21/13 | T. Moss | 0.30 | Review objection to bidding procedures; email correspondence regarding same; |
| 02/22/13 | S. Haider | 0.30 | Emails with S. Carroll regarding anticipated objection to final DIP and related considerations; |



INVOICE #: DRAFT
Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors
088662.0004 / Asset Sale/Analysis/Recovery

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 02/25/13 | S. Carroll | 0.40 | Review marketing materials; |
| 02/25/13 | S. Carroll | 0.80 | Telephone conference with P. Hartheimer, W. Weitz, T. Gavin regarding review of marketing materials; |
| 02/26/13 | S. Carroll | 0.40 | Telephone calls and emails with P. Hartheimer, W. Weitz, T. Gavin regarding issues related to identify assets to be sold; |
| 02/28/13 | S. Carroll | 1.20 | Telephone conference with C. England, H. Sorvino, T. Gavin regarding review of England retention application, and issues, review of issues with respect to DIP financing; |
| 02/28/13 | S. Carroll | 1.40 | Consider issues and develop strategy related to potential causes of action, including against BondHawk, insiders and other parties; |

| TOTAL | HOURS |
|---|---|
| | 42.50 |

SERVICES
$30,500.00

**TOTAL DUE THIS INVOICE**
**$30,500.00**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $30,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30,500.00 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $30,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30,500.00 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



Perkins Coie
LLP

# DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York,  NY  10011

| INVOICE # | BILL DATE |
|---|---|
| DRAFT | July 22, 2013 |
| ACCOUNT # | DUE DATE |
| 088662.0004 | August 21, 2013 |

Matter Number / Name          088662.0004 / Asset Sale/Analysis/Recovery

| TOTAL FOR SERVICES: $2,328.50 | TOTAL FOR DISBURSEMENTS: $ 0.00 | TOTAL FOR LATE CHARGES: | TOTAL DUE THIS INVOICE: $2,328.50 |
|---|---|---|---|

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP
Attn: Client Accounting
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Please reference:
Perkins Coie Account No. 088662 and Invoice DRAFT**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Swift Code # US BK US 44I MT
Please reference:
Perkins Coie Account No. 088662 and Invoice DRAFT**



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0004 / Asset Sale/Analysis/Recovery

---

**FOR SERVICES THROUGH 03/31/13**

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 02/13/13 | R. Borowitz | 2.10 | Review and respond to emails from S. Carroll; review and edit objection; finalize and file same; |
| 03/01/13 | S. Carroll | 0.40 | Meetings with J. Vanacore regarding review of 341 meeting; |
| 03/01/13 | A. Collins | 0.20 | Confer with M. Maag regarding Bankruptcy, SDNY efiling; |
| 03/04/13 | K. Braucht | 1.00 | Research individuals and companies for J. Vanacore; |
| 03/04/13 | S. Carroll | 0.40 | Emails with S. Field, S. Yellin, W. Weitz regarding working to identify potential bidders; |
| 03/13/13 | S. Carroll | 0.30 | Telephone calls and emails with W. Weitz regarding inability to provide demos to buyers; |
| 03/18/13 | S. Carroll | 0.20 | Telephone conference with W. Weitz regarding debtors' inability to provide demos to buyers, debtors' failure to provide updated marketing information; |
| 03/22/13 | S. Carroll | 0.40 | Draft memorandum to committee regarding update on sale and marketing process; |
| 03/30/13 | S. Carroll | 0.20 | Emails with W. Weitz regarding debtors' ability to provide demos, filed operating reports; |

| TOTAL | HOURS |
|---|---|
| | 5.20 |

SERVICES
$2,328.50

| **TOTAL DUE THIS INVOICE** |
|---|
| **$2,328.50** |

---

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $2,328.50 | $0.00 | $0.00 | $0.00 | $0.00 | $2,328.50 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $2,328.50 | $0.00 | $0.00 | $0.00 | $0.00 | $2,328.50 |



1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000

| INVOICE # | BILL DATE |
|---|---|
| 5002060 | July 22, 2013 |
| ACCOUNT # | DUE DATE |
| 088662.0004 | August 21, 2013 |

**Kestrel Technologies, Inc., et al. - Official Committee of Unsecured
Creditors**
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York,  NY  10011

Matter Number / Name          088662.0004 / Asset Sale/Analysis/Recovery

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE:** |
|---|---|---|---|
| $6,967.00 | $ 0.00 | | **$6,967.00** |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP
Attn: Client Accounting
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Please reference:
Perkins Coie Account No. 088662 and Invoice 5002060**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Swift Code # US BK US 44I MT
Please reference:
Perkins Coie Account No. 088662 and Invoice 5002060**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



INVOICE #: 5002060

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0004 / Asset Sale/Analysis/Recovery

**FOR SERVICES** THROUGH 04/30/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 03/04/13 | A. Collins | 1.30 | Finalize and efile Limited Objection; prepare and coordinate delivery of courtesy copy to chambers; |
| 03/29/13 | A. Collins | 0.20 | Confer with S. Haider regarding order appointing creditor committee counsel; review docket for order relating to same; |
| 04/04/13 | S. Carroll | 0.30 | Telephone conference with W. Weitz regarding status of marketing efforts; develop strategy to maximize recovery for unsecured creditors; |
| 04/08/13 | J. Vanacore | 0.20 | Strategy with S. Carroll regarding discovery issues; |
| 04/10/13 | S. Carroll | 0.70 | Telephone conference with P. Hartheimer and W. Weitz; meeting with J. Vanacore regarding developing strategy on litigation claims and other activities; |
| 04/10/13 | J. Vanacore | 0.70 | Telephone conference with financial advisors regarding case strategy; |
| 04/10/13 | J. Vanacore | 0.40 | Prepare for telephone conference with financial advisors regarding review of alter ego fraudulent transfer claims; |
| 04/15/13 | J. Vanacore | 0.30 | Review Bondhawk overlap issues with S. Carroll; |
| 04/15/13 | J. Vanacore | 0.20 | Emails with H. Sorvino regarding response to informal discovery; review same; |
| 04/16/13 | J. Vanacore | 0.40 | Brief research on buyers for software; |
| 04/16/13 | J. Vanacore | 0.40 | Telephone conference with M. Colburn regarding potential purchasers; emails regarding same; |
| 04/16/13 | J. Vanacore | 0.30 | Follow-up research on Kestrel sale, potential buyers; emails with M. Colburn; |
| 04/16/13 | J. Vanacore | 0.20 | Emails with P. Hartheimer regarding telephone conference with M. Colburn; |
| 04/17/13 | J. Vanacore | 0.20 | Telephone conference with C. Castellano regarding response to informal discovery; emails with W. Weitz regarding same; |
| 04/18/13 | J. Vanacore | 0.20 | Telephone conference with C. Castellano regarding discovery; review same; |
| 04/22/13 | S. Carroll | 0.20 | Emails with L. Ebert, H. Sorvino regarding discussions on structure of sale; |
| 04/22/13 | S. Carroll | 0.30 | Telephone conference with W. Weitz, P. Hartheimer regarding strategy related to sale, update on sale efforts and avenues to pursue recovery for unsecured creditors; |
| 04/23/13 | S. Carroll | 0.20 | Emails with L. Ebert, H. Sorvino regarding discussions on structure of sale; |
| 04/23/13 | S. Carroll | 0.30 | Telephone conference with W. Weitz, P. Hartheimer regarding strategy related to sale, update on sale efforts and avenues to pursue recovery for unsecured creditors; |
| 04/23/13 | J. Vanacore | 0.20 | Review issues raised by Debtors counsel regarding IRS lien; |



INVOICE #: 5002060

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0004 / Asset Sale/Analysis/Recovery

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 04/27/13 | S. Carroll | 0.80 | Telephone calls and emails with W. Weitz, L. Ebert regarding settlement discussions on objection to sale, allocation of proceeds to result in recovery for unsecured creditors and extent of IRS liens; |
| 04/28/13 | S. Carroll | 0.80 | Consider potential objections to sale that may be raised; |
| 04/29/13 | S. Carroll | 0.80 | Consider strategy and various issues related to sale, allocation of proceeds to result in recovery for unsecured creditors and extent of IRS liens; |
| 04/29/13 | S. Carroll | 0.40 | Emails with W. Weitz, C. England regarding update on marketing efforts; |
| 04/29/13 | S. Carroll | 0.60 | Telephone conferences with W. Weitz regarding strategy related to sale, allocation of proceeds to result in recovery for unsecured creditors; |
| 04/30/13 | S. Carroll | 0.40 | Telephone calls and emails with W. Weitz regarding potential objections to sale that may be raised; |

| TOTAL | | HOURS | |
|---|---|---|---|
| | | 11.00 | |

SERVICES
$6,967.00

**TOTAL DUE THIS INVOICE**
**$6,967.00**

## ACCOUNTS RECEIVABLE AGING INFORMATION

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $6,967.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,967.00 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $6,967.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,967.00 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



Perkins
Coie
LLP

# DRAFT

| INVOICE # | BILL DATE |
|---|---|
| DRAFT | July 22, 2013 |

| ACCOUNT # | DUE DATE |
|---|---|
| 088662.0004 | August 21, 2013 |

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York,  NY  10011

Matter Number / Name          088662.0004 / Asset Sale/Analysis/Recovery

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | TOTAL DUE THIS INVOICE: |
|---|---|---|---|
| $14,407.00 | $ 0.00 | | $14,407.00 |

Payment due in U.S. Currency

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0004 / Asset Sale/Analysis/Recovery

**FOR SERVICES** THROUGH 05/31/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 05/02/13 | S. Carroll | 0.70 | Telephone calls and emails with W. Weitz, S. Haider, J. Higas regarding revisions to objection to sale; |
| 05/02/13 | S. Carroll | 4.70 | Draft, review and revise objection to sale; |
| 05/02/13 | S. Carroll | 0.40 | Telephone calls and emails with L. Ebert, W. Weitz regarding negotiations of potential resolution of objection to sale; |
| 05/02/13 | S. Haider | 4.10 | Conferences with S. Carroll regarding drafting objection to proposed sale (.6); Review draft objection and provide analysis and comments to S. Carroll (.9); review comments to draft objection from paralegal (.2); conference with W. Weitz and S. Carroll regarding finalizing objection (.5); perform research regarding Rule 9019 (.8); draft insert regarding Rule 9019 and provide same to S. Carroll (.8); review filed objection to proposed sale (.3); |
| 05/03/13 | S. Carroll | 0.40 | Telephone calls and emails with W. Weitz regarding sale process, potential for additional bidders; |
| 05/06/13 | S. Carroll | 0.30 | Emails with W. Weitz, P. Hartheimer regarding strategy in objection to debtors' sale motion; |
| 05/07/13 | S. Carroll | 1.30 | Review responses to objection to debtors' sale motion filed by debtors and buyer; |
| 05/08/13 | S. Carroll | 0.90 | Telephone calls and emails with W. Weitz regarding preparation for hearing on debtors' sale motion; |
| 05/09/13 | S. Carroll | 4.20 | Prepare for and Court appearance before Judge Peck on objection to debtors' sale motion filed by debtors and buyer, meetings with L. Ebert, H. Sorvino, R. Tinio, W. Weitz; |
| 05/13/13 | S. Carroll | 0.30 | Emails with W. Weitz, L. Ebert regarding revisions to sale order; |
| 05/13/13 | S. Carroll | 0.40 | Review and revise proposed sale order; |
| 05/14/13 | S. Carroll | 0.70 | Telephone calls and emails with R. Tinio, L. Ebert, W. Weitz, committee members regarding sale order; |
| 05/15/13 | S. Carroll | 0.60 | Emails with W. Weitz, L. Ebert, R. Tinio, H. Sorvino regarding revisions to sale order; |
| 05/15/13 | S. Carroll | 0.30 | Review and revise proposed sale order (.3); |
| 05/28/13 | S. Carroll | 0.30 | Emails with S. Haider, W. Weitz regarding debtors' motion to reject Bondhawk license; |

| TOTAL | | HOURS | |
|-------|---|-------|---|
| | | 19.60 | |

SERVICES

$14,407.00



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0004 / Asset Sale/Analysis/Recovery

| | | |
|---|---|---|
| | **TOTAL DUE THIS INVOICE** | |
| | **$14,407.00** | |

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $14,407.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,407.00 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $14,407.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,407.00 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



# DRAFT

Kestrel Technologies, Inc., et al. – Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York,  NY  10011

| INVOICE # | BILL DATE |
|---|---|
| DRAFT | July 22, 2013 |
| ACCOUNT # | DUE DATE |
| 088662.0004 | August 21, 2013 |

Matter Number / Name          088662.0004 / Asset Sale/Analysis/Recovery

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | TOTAL DUE THIS INVOICE: |
|---|---|---|---|
| $1,155.00 | $ 0.00 | | $1,155.00 |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or
proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0004 / Asset Sale/Analysis/Recovery

**FOR SERVICES** THROUGH 06/30/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|-------------------|-------|-------------------------|
| 06/03/13 | S. Carroll | 0.20 | Emails with W. Weitz, H. Sovino, C. Castellano regarding debtors' filing of amended Schedule F and operating reports; |
| 06/03/13 | S. Carroll | 0.20 | Emails with with B. Janay regarding questions about debtors' motion to reject Bondhawk license; |
| 06/14/13 | S. Carroll | 0.20 | Emails with W. Weitz regarding delay in closing, Judge Peck's concerns; |
| 06/18/13 | S. Carroll | 0.20 | Emails with L. Ebert regarding Judge Peck request for update on status of closing of purchase of debtors' assets; |
| 06/19/13 | S. Carroll | 0.40 | Telephone calls and emails with W. Weitz, P. Hartheimer to prepare for telephone conference with Judge Peck; telephone conference with Judge Peck to discuss status of closing or purchase of debtors' assets; |
| 06/26/13 | S. Carroll | 0.10 | Emails with debtors' counsel regarding request for information on sale closing; |
| 06/30/13 | S. Carroll | 0.10 | Emails to debtors' counsel regarding request for information on sale closing; |

| TOTAL | | HOURS |
|-------|--|-------|
| | | 1.40 |

**SERVICES**
$1,155.00

**TOTAL DUE THIS INVOICE**
**$1,155.00**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|--|--------|---------|---------|----------|------|-------|
| Fees: | $1,155.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,155.00 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $1,155.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,155.00 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



# DRAFT

| INVOICE # | BILL DATE |
|---|---|
| DRAFT | July 22, 2013 |
| ACCOUNT # | DUE DATE |
| 088662.0005 | August 21, 2013 |

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York,  NY  10011

Matter Number / Name          088662.0005 / Business Operations

| TOTAL FOR SERVICES: $395.00 | TOTAL FOR DISBURSEMENTS: $ 0.00 | TOTAL FOR LATE CHARGES: | TOTAL DUE THIS INVOICE: $395.00 |
|---|---|---|---|

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP
Attn: Client Accounting
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Please reference:
Perkins Coie Account No. 088662 and Invoice DRAFT**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Swift Code # US BK US 44I MT
Please reference:
Perkins Coie Account No. 088662 and Invoice DRAFT**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or
proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0005 / Business Operations

**FOR SERVICES** THROUGH 05/31/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|-------------------|-------|------------------------|
| 05/28/13 | S. Haider | 0.70 | Review debtor's motion to reject executory contract and update S. Carroll regarding same; |
| 05/28/13 | S. Haider | 0.30 | Review supplement to motion to reject executory contract and update S. Carroll; |

| TOTAL | | HOURS | |
|-------|--|-------|--|
| | | 1.00 | |

SERVICES
$395.00

**TOTAL DUE THIS INVOICE**
**$395.00**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|--|--------|---------|---------|----------|------|-------|
| Fees: | $395.00 | $0.00 | $0.00 | $0.00 | $0.00 | $395.00 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $395.00 | $0.00 | $0.00 | $0.00 | $0.00 | $395.00 |

1201 Third Avenue, Suite 4900          EMAIL: clientacct@perkinscoie.com
Seattle, Washington 98101              ACCOUNTING: 206.359.3143
PHONE: 206.359.8000                    FAX: 206.359.9000



# DRAFT

| INVOICE # | BILL DATE |
|---|---|
| DRAFT | July 22, 2013 |

| ACCOUNT # | DUE DATE |
|---|---|
| 088662.0007 | August 21, 2013 |

Kestrel Technologies, Inc., et al. – Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York,  NY  10011

Matter Number / Name          088662.0007 / Fee/Employment Applications

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | TOTAL DUE THIS INVOICE: |
|---|---|---|---|
| $7,349.00 | $ 0.00 | | $7,349.00 |

*Payment due in U.S. Currency*

## INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP
Attn: Client Accounting
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Please reference:
Perkins Coie Account No. 088662 and Invoice DRAFT**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Swift Code # US BK US 44I MT
Please reference:
Perkins Coie Account No. 088662 and Invoice DRAFT**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Page 1 of 4



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0007 / Fee/Employment Applications

## FOR SERVICES THROUGH 02/28/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------------------------|
| 02/14/13 | M. Maag | 0.90 | Draft notice of appearance and forward for review; |
| 02/14/13 | M. Maag | 0.40 | Revise notice in response to attorney comments; |
| 02/14/13 | M. Maag | 0.90 | Begin drafting application to employ Perkins; |
| 02/14/13 | S. Haider | 0.40 | Review documents regarding relevant information from first day hearing; |
| 02/14/13 | S. Haider | 1.10 | Review transcript of first day hearing at Courthouse and review and analyze same in preparation for hearing; |
| 02/14/13 | S. Haider | 0.40 | Telephone conferences with S. Carroll,G. Solmonese on hearing, issues and strategy moving forward; |
| 02/14/13 | S. Haider | 0.20 | Office conference with S. Carroll with respect to analysis of transcript; |
| 02/14/13 | S. Haider | 0.20 | Telephone conference with paralegal with respect to preparation of notice of appearance, retention application and committee bylaws; |
| 02/15/13 | M. Maag | 0.60 | Coordinate filing and service of notice of appearance, including numerous conferences and emails regarding same; |
| 02/15/13 | M. Maag | 0.90 | Continue drafting application to employ Perkins; |
| 02/15/13 | M. Maag | 0.40 | Revise notice of appearance; |
| 02/15/13 | S. Carroll | 0.10 | Meetings with S. Haider regarding drafting and revisions to notice of appearance for Perkins Coie LLP, drafting retention application for Perkins Coie LLP and obtaining full list of parties in interest to review for connections; |
| 02/15/13 | S. Haider | 0.20 | Review drafted notice of appearance and revisions to language to same; |
| 02/18/13 | S. Carroll | 0.20 | Emails with R. Morrissey, C. England regarding review of retention application, request for information regarding England engagement by BondHawk or buyer; |
| 02/19/13 | M. Maag | 3.90 | Draft application to employ Perkins as counsel for creditor committee and supporting documents, including numerous communications with attorneys; |
| 02/20/13 | S. Haider | 0.40 | Email to J. Parsons, S. Carroll, M. Maag regarding disclosures in connection with retention application; |
| 02/22/13 | M. Maag | 0.40 | Communications with team regarding connection search results, need for information to support declaration; |
| 02/22/13 | M. Maag | 0.30 | Review initial data regarding same; |
| 02/22/13 | S. Haider | 0.20 | Emails with M. Maag regarding disclosures needed in connection with retention application; |
| 02/25/13 | M. Maag | 0.30 | Draft email to firm regarding review of debtors, creditors, parties in interest and connections disclosure; |
| 02/25/13 | M. Maag | 0.90 | Review conflicts search result data and incorporate into declaration exhibits; |



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0007 / Fee/Employment Applications

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------------------------|
| 02/25/13 | M. Maag | 0.60 | Emails and telephone conferences with S. Carroll and S. Haider and conflict team regarding application status; |
| 02/25/13 | M. Maag | 0.30 | Revise documents to incorporate attorney comments; |
| 02/25/13 | S. Haider | 0.80 | Review and mark revisions to retention application and provide same to M. Maag; |
| 02/25/13 | S. Haider | 0.30 | Emails with S. Carroll, paralegal regarding retention application preparation; |
| 02/26/13 | M. Maag | 0.60 | Finalize and forward email to firm regarding connections with parties in interest; |
| 02/26/13 | M. Maag | 0.70 | Telephone conferences and emails with S. Haider regarding same; |
| 02/26/13 | M. Maag | 1.80 | Continue revising employment application documents including detailed review of conflict search results and revising declaration exhibits; |
| 02/26/13 | S. Carroll | 0.70 | Emails with S. Haider, C. England, T. Gavin, H. Sorvino regarding issues related to England retention application; |
| 02/26/13 | S. Haider | 0.20 | Telephone conference with M. Maag regarding necessary revisions to retention application; |
| 02/26/13 | S. Haider | 0.30 | Telephone conference with M. Maag regarding retention application, including identification of connections to debtors and their estates; |
| 02/26/13 | S. Haider | 0.30 | Revisions to firm-wide email for review of connections to parties in interest; |
| 02/27/13 | M. Maag | 0.10 | Communications regarding connections to court and UST personnel; |
| 02/28/13 | M. Maag | 0.40 | Arrange for connections review on additional parties in interest; |
| 02/28/13 | M. Maag | 0.20 | Emails and telephone conference regarding same; |
| 02/28/13 | S. Carroll | 0.60 | Review and revise Perkins Coie LLP application and related documents; |
| 02/28/13 | S. Carroll | 0.30 | Emails and meetings with S. Haider, J. Vanacore, T. Gavin, W. Weitz, regarding revisions to to Perkins Coie LLP and Gavin Solomonese retention applications and related documents; |
| 02/28/13 | S. Carroll | 0.20 | Review and comment on Gavin Solomonese retention application and related documents; |
| 02/28/13 | J. Vanacore | 0.40 | Review and revise retention application, review same with S. Carroll; |
| 02/28/13 | S. Haider | 0.20 | Review of edits to retention application from S. Carroll; |
| 02/28/13 | S. Haider | 0.70 | Review and revise retention application, including inclusion of additional names for conflicts; |
| 02/28/13 | S. Haider | 0.20 | Email to committee chair requesting review of and authorization to file Perkins Coie LLP retention application; |

| TOTAL | | HOURS | |
|-------|--|-------|--|
| | | 23.20 | |



INVOICE #: DRAFT
Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors
088662.0007 / Fee/Employment Applications

SERVICES
$7,349.00

TOTAL DUE THIS INVOICE
$7,349.00

ACCOUNTS RECEIVABLE AGING INFORMATION

|  | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $7,349.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,349.00 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $7,349.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,349.00 |



1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000

# DRAFT

| INVOICE # | BILL DATE |
|---|---|
| DRAFT | July 22, 2013 |
| ACCOUNT # | DUE DATE |
| 088662.0007 | August 21, 2013 |

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York,  NY  10011

Matter Number / Name          088662.0007 / Fee/Employment Applications

| TOTAL FOR SERVICES: $2,677.00 | TOTAL FOR DISBURSEMENTS: $ 0.00 | TOTAL FOR LATE CHARGES: | TOTAL DUE THIS INVOICE: $2,677.00 |
|---|---|---|---|

*Payment due in U.S. Currency*

## INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP
Attn: Client Accounting
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Please reference:
Perkins Coie Account No. 088662 and Invoice DRAFT**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Swift Code # US BK US 44I MT
Please reference:
Perkins Coie Account No. 088662 and Invoice DRAFT**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or
proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0007 / Fee/Employment Applications

## FOR SERVICES THROUGH 03/31/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 03/01/13 | M. Maag | 0.60 | Coordinate assistance with document preparation and compilation of Perkins employment application; |
| 03/01/13 | M. Maag | 1.10 | Compile and file Gavin employment application and supporting documents; |
| 03/01/13 | M. Maag | 1.20 | Review latest connections disclosure search results and revise declaration exhibits regarding same; |
| 03/01/13 | M. Maag | 0.20 | Telephone conferences and emails with S. Carroll, S. Haider and A. Collins regarding issues to include in declaration; |
| 03/01/13 | M. Maag | 0.70 | Review Gavin employment application documents and prepare for filing; |
| 03/01/13 | M. Maag | 0.40 | Emails with S. Carroll regarding Gavin documents; |
| 03/01/13 | M. Maag | 1.40 | Compile and file Perkins employment application and supporting documents; |
| 03/01/13 | S. Carroll | 0.20 | Emails with R. Morrissey regarding retention applications of Perkins Coie LLP and Gavin Solomonese, meetings with S. Haider, emails with M. Maag, J. Vanacore, T. Gavin, W. Weitz regarding revisions to Perkins Coie LLP and Gavin Solomonese retention applications and related documents; |
| 03/01/13 | S. Carroll | 0.20 | Review and revise Perkins Coie LLP retention application, declaration, notice of presentment and proposed order; |
| 03/01/13 | S. Haider | 0.20 | Review and prepare Gavin Solmonese retention application for filing; |
| 03/01/13 | S. Haider | 0.70 | Review and revise Perkins Coie retention application for filing; |
| 03/01/13 | S. Haider | 0.20 | Telephone conference with Judge Peck's Chambers regarding holding date in connection with retention application; |
| 03/01/13 | S. Haider | 0.20 | Emails with M. Maag regarding finalizing Perkins Coie LLP retention application; |
| 03/01/13 | S. Haider | 0.30 | Emails with S. Carroll on retention applications; |
| 03/11/13 | S. Haider | 0.20 | Review and comment on proposed order regarding debtors' retention of England Securities; |
| 03/12/13 | S. Carroll | 0.40 | Telephone conference with H. Sorvino, W. Weitz, J. Thoman regarding Gavin/Solomnese retention; |
| 03/12/13 | S. Haider | 0.20 | Review email and attachments from debtors' counsel regarding comments received from Chambers on the England retention application; |
| 03/12/13 | S. Haider | 0.20 | Emails with S. Carroll regarding England retention application; |

| TOTAL | | HOURS | |
|---|---|---|---|
| | | 8.60 | |

SERVICES
$2,677.00



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0007 / Fee/Employment Applications

| TOTAL DUE THIS INVOICE |
|---|
| **$2,677.00** |

**ACCOUNTS RECEIVABLE AGING INFORMATION**

|  | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $2,677.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,677.00 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $2,677.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,677.00 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



| INVOICE # | BILL DATE |
|-----------|-----------|
| 5002061 | July 22, 2013 |
| ACCOUNT # | DUE DATE |
| 088662.0007 | August 21, 2013 |

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York,  NY  10011

Matter Number / Name          088662.0007 / Fee/Employment Applications

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | TOTAL DUE THIS INVOICE: |
|---------------------|--------------------------|-------------------------|-------------------------|
| $351.00 | $ 0.00 | | $351.00 |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP
Attn: Client Accounting
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Please reference:
Perkins Coie Account No. 088662 and Invoice 5002061**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Swift Code # US BK US 44I MT
Please reference:
Perkins Coie Account No. 088662 and Invoice 5002061**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or
proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Page 1 of 2



INVOICE #: 5002061

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0007 / Fee/Employment Applications

**FOR SERVICES** THROUGH 04/30/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 03/01/13 | A. Collins | 2.60 | Assist S. Haider with finalizing Applications to Employ and supporting Notices and Proposed Orders; |
| TOTAL | | HOURS | |
| | | 2.60 | |

SERVICES
$351.00

**TOTAL DUE THIS INVOICE**
**$351.00**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $351.00 | $0.00 | $0.00 | $0.00 | $0.00 | $351.00 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $351.00 | $0.00 | $0.00 | $0.00 | $0.00 | $351.00 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



# DRAFT

| INVOICE # | BILL DATE |
|---|---|
| DRAFT | July 22, 2013 |
| ACCOUNT # | DUE DATE |
| 088662.0008 | August 21, 2013 |

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York,  NY  10011

Matter Number / Name          088662.0008 / Fee/Employment Objections

| TOTAL FOR SERVICES: $1,856.50 | TOTAL FOR DISBURSEMENTS: $ 0.00 | TOTAL FOR LATE CHARGES: | TOTAL DUE THIS INVOICE: $1,856.50 |
|---|---|---|---|

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to
**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

For WIRE REMITTANCE please direct to
**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0008 / Fee/Employment Objections

**FOR SERVICES** THROUGH 02/28/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 02/26/13 | S. Haider | 0.20 | Office conference with S. Carroll regarding issues with respect to England retention application; |
| 02/26/13 | S. Haider | 0.60 | Email to S. Carroll regarding analysis of England retention application; |
| 02/26/13 | S. Haider | 1.70 | Review and analyze England & Co. retention application; |
| 02/28/13 | S. Haider | 0.20 | Telephone conference with T. Gavin, S. Carroll regarding prior conferences with England & Co. |
| 02/28/13 | S. Haider | 1.10 | Telephone conference with debtors' counsel, England & Co., S. Carroll, Gavin Solmonese regarding retention application and background with respect to prior financing efforts; |
| 02/28/13 | S. Haider | 0.30 | Prepare for conference with debtors' counsel regarding final DIP financing order; |
| 02/28/13 | S. Haider | 0.30 | Prepare for conference with England & Co regarding retention application; |
| 02/28/13 | S. Haider | 0.30 | Review of and provide comments to S. Carroll on revised retention application order with respect to England & Co.; |
| **TOTAL** | | **HOURS** 4.70 | |

SERVICES
$1,856.50

**TOTAL DUE THIS INVOICE**
**$1,856.50**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

|  | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|--|--------|---------|---------|----------|------|-------|
| Fees: | $1,856.50 | $0.00 | $0.00 | $0.00 | $0.00 | $1,856.50 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $1,856.50 | $0.00 | $0.00 | $0.00 | $0.00 | $1,856.50 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



# DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York, NY 10011

| INVOICE # | BILL DATE |
|---|---|
| DRAFT | July 22, 2013 |
| ACCOUNT # | DUE DATE |
| 088662.0009 | August 21, 2013 |

Matter Number / Name          088662.0009 / Financing

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | TOTAL DUE THIS INVOICE: |
|---|---|---|---|
| $12,609.00 | $ 0.00 | | $12,609.00 |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to
**Perkins Coie LLP
Attn: Client Accounting
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Please reference:
Perkins Coie Account No. 088662 and Invoice DRAFT**

For WIRE REMITTANCE please direct to
**Perkins Coie LLP
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Swift Code # US BK US 44I MT
Please reference:
Perkins Coie Account No. 088662 and Invoice DRAFT**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



INVOICE #: DRAFT
Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors
088662.0009 / Financing

**FOR SERVICES THROUGH 02/28/13**

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 02/14/13 | S. Carroll | 0.60 | Meetings and emails with S. Haider regarding review of interim DIP financing motion; |
| 02/14/13 | S. Haider | 0.60 | Preliminary review of interim DIP order and provide analysis with respect to same to S. Carroll; |
| 02/15/13 | S. Carroll | 2.30 | Emails with J. Thoman, R. Tinio, L. Pellegrino, H. Sorvino, S. Haider, telephone conferences S. Haider regarding negotiation of proposed stipulation with IRS; |
| 02/15/13 | S. Carroll | 0.40 | Review and revise proposed stipulation with IRS; |
| 02/15/13 | S. Haider | 0.40 | Emails with S. Carroll to analyze and address issues in the IRS stipulation; |
| 02/15/13 | S. Haider | 0.30 | Review proposed IRS stipulation and provide comments with respect to same to S. Carroll; |
| 02/15/13 | S. Haider | 0.20 | Respond to inquiries by paralegal with respect to appropriate service of notice of appearance, including review of notices filed in the case; |
| 02/15/13 | S. Haider | 0.20 | Telephone conference with debtors' counsel regarding additional terms to the IRS adequate protection stipulation; |
| 02/15/13 | S. Haider | 0.30 | Review response from S. Carroll to questions raised by Gavin/Solmonese in preparation for telephone conference with debtors' counsel; |
| 02/15/13 | S. Haider | 0.20 | Draft proposed language for inclusion in IRS stipulation regarding reservation of lien challenge rights and provide same to debtor and IRS counsel; |
| 02/15/13 | S. Haider | 0.20 | Conferences with S. Carroll regarding interim DIP order and proposed revisions. |
| 02/15/13 | S. Haider | 0.30 | Review and analyze proposed interim DIP; |
| 02/15/13 | S. Haider | 0.20 | Review analysis of DIP order provisions from Gavin/Solmonese (financial advisor to Committee); |
| 02/18/13 | S. Carroll | 0.40 | Emails with S. Haider regarding revisions to proposed stipulation with IRS; |
| 02/18/13 | S. Haider | 0.20 | Review and consider email from S. Carroll regarding preparation and coverage of 341 meeting; |
| 02/18/13 | S. Haider | 0.70 | Emails with S. Carroll regarding provisions to be included in the IRS stipulation and related interim DIP order regarding IRS liens; |
| 02/18/13 | S. Haider | 0.30 | Draft, review and revise proposed language to interim DIP and order and provide same to debtors' counsel; |
| 02/18/13 | T. Moss | 0.70 | Review and analysis of DIP Financing Motion and related documents; |
| 02/19/13 | S. Carroll | 0.90 | Emails with S. Haider regarding revisions to proposed stipulation with IRS; |
| 02/19/13 | S. Haider | 0.30 | Consider counterproposal from DIP lender regarding paragraph 33 of interim DIP order and propose additional language to same; |



INVOICE #: DRAFT
Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors
088662.0009 / Financing

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 02/19/13 | S. Haider | 0.90 | Review and analyze proposed bidding procedures and proposed order; |
| 02/19/13 | S. Haider | 0.20 | Review revisions to proposed insert to interim DIP order from S. Carroll; |
| 02/19/13 | S. Haider | 0.20 | Review emails from Gavin/Solmonese and S. Carroll regarding status of marketing materials; |
| 02/19/13 | S. Haider | 0.20 | Telephone conference with debtor's counsel and DIP lender's counsel regarding DIP interim order proposed revisions; |
| 02/19/13 | S. Haider | 0.20 | Additional emails with DIP lender's counsel regarding proposed revisions; |
| 02/19/13 | S. Haider | 0.30 | Emails to W. Weitz at Gavin/Solmonese and S. Carroll regarding clarifications with respect to bidding procedures issues; |
| 02/19/13 | S. Haider | 0.20 | Emails with M. Maag providing instructions on retention application, including exhibit 1 of declaration; |
| 02/19/13 | S. Haider | 0.60 | Participate in telephone conference with T. Moss, Gavin/Solmonese regarding preparation for 341 meeting; |
| 02/19/13 | S. Haider | 0.20 | Provide update to S. Carroll with respect to results of telephone conference with debtors' counsels regarding bid procedures; |
| 02/19/13 | S. Haider | 0.40 | Review S. Carroll analysis of bidding procedures issues in preparation for telephone conference with debtors' counsel; |
| 02/19/13 | S. Haider | 0.80 | Telephone conference with debtors' counsel regarding revisions to bidding procedures; |
| 02/20/13 | A. Collins | 0.70 | Email with S. Haider regarding February 14, 2013, Hearing Transcript; coordinate with AAA Sound Reporting regarding order and delivery of same; |
| 02/21/13 | A. Collins | 1.20 | Call with S. Haider regarding Proposed Interim Order for the DIP Financing Motion; finalize and efile same; |
| 02/22/13 | S. Haider | 0.20 | Emails with S. Carroll and financial advisors regarding providing comments to marketing materials on 02/25/2013; |
| 02/22/13 | S. Haider | 0.40 | Review relevant docket entries in connection with objection to final DIP hearing; |
| 02/22/13 | S. Haider | 0.20 | Emails with S. Carroll confirming final DIP objection deadline per SDNY local rules; |
| 02/26/13 | S. Haider | 0.20 | Office conference with S. Carroll with respect to DIP financing objection; |
| 02/26/13 | S. Haider | 3.30 | Draft, review and revise objection to final order with respect to DIP financing, including related research; |
| 02/26/13 | S. Haider | 0.60 | Revisions to draft objection and circulate to S. Carroll, Gavin Solmonese; |
| 02/27/13 | S. Carroll | 0.80 | Meetings with S. Haider, telephone conferences with H. Sorvino, emails with S. Haider, W. Weitz regarding strategy moving forward in relation to DIP financing, revisions to objection to DIP financing; |
| 02/27/13 | S. Carroll | 0.40 | Review and revise objection to DIP financing; |



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0009 / Financing

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 02/27/13 | S. Haider | 0.20 | Telephone conference with W. Weitz from G. Solmonese regarding draft objection to DIP financing motion; |
| 02/27/13 | S. Haider | 0.20 | Conferences with A. Collins regarding location of chapter 5 avoidance action exclusion from DIP order and related documents, including promissory note; |
| 02/27/13 | S. Haider | 1.70 | Revisions to DIP financing objections, including inclusion of additional case law and authority pursuant to research; |
| 02/27/13 | S. Haider | 0.20 | Conference with S. Carroll regarding status of DIP objection and related comments from Gavin Solmonese; |
| 02/27/13 | A. Collins | 0.40 | Assist S. Haider with research relating to DIP Financing objection; |
| 02/27/13 | A. Collins | 0.70 | Confer with S. Haider and review Promissory Note, Interim DIP Financing Order and Motion for DIP Financing Order for issues relating to exclusion of Chapter 5 claims; |
| 02/28/13 | S. Carroll | 0.60 | Telephone conferences with J. Thoman, L. Ebert, emails with S. Haider, W. Weitz regarding objections to DIP financing; |
| 02/28/13 | S. Haider | 0.20 | Review emails regarding carve out from S. Carroll, W. Weitz; |
| 02/28/13 | S. Haider | 0.20 | Telephone conference with S. Carroll, L. Ebert regarding care out issues; |

| TOTAL | | HOURS | |
|-------|--|-------|--|
| | | 26.30 | |

SERVICES
$12,609.00

**TOTAL DUE THIS INVOICE**
**$12,609.00**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|--|--------|---------|---------|----------|------|-------|
| Fees: | $12,609.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,609.00 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $12,609.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,609.00 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



# DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York, NY 10011

| INVOICE # | BILL DATE |
|---|---|
| DRAFT | July 22, 2013 |
| ACCOUNT # | DUE DATE |
| 088662.0009 | August 21, 2013 |

Matter Number / Name          088662.0009 / Financing

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE:** |
|---|---|---|---|
| $11,161.50 | $ 0.00 | | **$11,161.50** |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Page 1 of 3



**INVOICE #: DRAFT**

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0009 / Financing

## FOR SERVICES THROUGH 03/31/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|-------------------|-------|------------------------|
| 03/01/13 | S. Carroll | 2.30 | Telephone calls and emails with H. Sorvino, J. Thoman, L. Ebert, T. Gavin, W. Weitz, C. England, meetings with S. Haider regarding negotiation of issues on final DIP financing; |
| 03/01/13 | S. Haider | 0.20 | Telephone conference with S. Carroll, Gavin Solmonese on DIP financing; |
| 03/01/13 | S. Haider | 0.20 | Participate in telephone conference with S. Carroll, H. Sorvino on carve out issues with respect to DIP financing; |
| 03/01/13 | S. Haider | 0.10 | Telephone conference with S. Carroll, DIP counsel on carve out issues; |
| 03/04/13 | S. Carroll | 1.20 | Review and revise objection to DIP financing; |
| 03/04/13 | S. Carroll | 0.90 | Telephone calls and emails with H. Sorvino, S. Haider, W. Eitz regarding objections to DIP financing; |
| 03/04/13 | S. Haider | 0.20 | Office conference with S. Carroll on DIP objection; |
| 03/04/13 | S. Haider | 0.30 | Review objection to DIP prior to filing; |
| 03/04/13 | S. Haider | 0.30 | Email comments on proposed final order to, inter alia, debtors' counsel; |
| 03/04/13 | S. Haider | 0.30 | Participate in telephone conference with S. Carroll, debtors' counsel regarding carve out; |
| 03/04/13 | S. Haider | 0.20 | Telephone conference with S. Carroll, Gavin Solmonese regarding carve out; |
| 03/05/13 | S. Carroll | 1.10 | Telephone calls and emails with L. Ebert, H. Sorvino, R. Tinio, S. Haider, W. Weitz regarding objections to DIP financing; |
| 03/05/13 | S. Haider | 0.30 | Telephone conference with S. Carroll, debtors' counsel regarding carve out; |
| 03/05/13 | S. Haider | 0.30 | Review emails from S. Carroll to committee with respect to financing motion and objection; |
| 03/05/13 | S. Haider | 0.70 | Incorporate negotiated revisions into proposed final DIP order; |
| 03/06/13 | S. Carroll | 3.20 | Court appearance before Judge Peck regarding DIP financing, prepare for hearing, meetings and emails with C. Castellano, C. England, L. Ebert, R. Tinio, H. Sorvino, S. Haider, W. Weitz regarding objections to DIP financing; |
| 03/06/13 | S. Haider | 0.70 | Review and analyze debtors' response to committee's objection; |
| 03/06/13 | S. Haider | 0.20 | Provide update on response and additional proposed language to be included and provide to S. Carroll, Gavin/Solmonese; |
| 03/08/13 | S. Carroll | 0.60 | Review and revise proposed order approving DIP financing, emails with C. Castellano, L. Ebert, H. Sorvino, S. Haider, W. Weitz regarding revisions to proposed order granting final DIP financing; |
| 03/08/13 | S. Carroll | 0.30 | Meetings with S. Haider regarding revisions to proposed order; |
| 03/08/13 | S. Haider | 0.60 | Review revised final DIP and budget and provide comments, proposed language to S. Carroll with respect to same; |



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0009 / Financing

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 03/11/13 | S. Haider | 0.30 | Review revised proposed final DIP order; |
| 03/11/13 | S. Haider | 0.30 | Review comments from DIP lender on proposed final order; |
| 03/12/13 | S. Carroll | 0.80 | Telephone conferences with L. Ebert, M. Morrissey, H. Sorvino, W. Weitz, emails with W. Weits, L. Ebert, H. Sorvino, J. Thoman, meetings with S. Haider regarding revisions to order approving DIP financing; |
| 03/12/13 | S. Haider | 0.30 | Review newly circulated final DIP order and related emails with respect to paragraph 21, from S. Carroll, H. Sorvino; |
| 03/13/13 | S. Carroll | 0.40 | Telephone conferences L. Ebert, W. Weitz, emails with W. Weitz, L. Ebert, C. Castellano, J. Thoman regarding revisions to to order approving final DIP financing; |
| 03/13/13 | S. Haider | 0.20 | Review emails and attachments from debtors' counsel circulating additional form of final proposed DIP financing order; |

| TOTAL | | HOURS | |
|-------|--|-------|--|
| | | 16.50 | |

SERVICES
$11,161.50

**TOTAL DUE THIS INVOICE
$11,161.50**

## ACCOUNTS RECEIVABLE AGING INFORMATION

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|--|--------|---------|---------|----------|------|-------|
| Fees: | $11,161.50 | $0.00 | $0.00 | $0.00 | $0.00 | $11,161.50 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $11,161.50 | $0.00 | $0.00 | $0.00 | $0.00 | $11,161.50 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



# DRAFT

| INVOICE #<br>DRAFT | BILL DATE<br>July 22, 2013 |
|---|---|
| ACCOUNT #<br>088662.0010 | DUE DATE<br>August 21, 2013 |

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York,  NY  10011

Matter Number / Name          088662.0010 / Litigation - General

| TOTAL FOR SERVICES:<br>$10,882.00 | TOTAL FOR DISBURSEMENTS:<br>$ 0.00 | TOTAL FOR LATE CHARGES: | **TOTAL DUE - THIS INVOICE:**<br>**$10,882.00** |
|---|---|---|---|

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to
**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

For WIRE REMITTANCE please direct to
**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

---

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

# Perkins Coie LLP

INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0010 / Litigation - General

## FOR SERVICES THROUGH 02/28/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 02/13/13 | J. Vanacore | 0.40 | Emails with H. Sorvino regarding initial case issues; initial meeting with S. Carroll regarding same; |
| 02/19/13 | J. Vanacore | 0.20 | Telephone conference with S. Carroll regarding initial Bondhawk research; |
| 02/19/13 | J. Vanacore | 0.60 | Initial Bondhawk research regarding cross employment with Kestrel; |
| 02/19/13 | T. Moss | 1.10 | Conference call with GS team regarding 341 meeting; |
| 02/19/13 | T. Moss | 0.40 | Telephone conference W. Weitz regarding same; |
| 02/19/13 | T. Moss | 0.10 | Conference with J. Vanacore regarding same; |
| 02/19/13 | T. Moss | 0.20 | Email correspondence to/from GS regarding same; |
| 02/19/13 | T. Moss | 4.30 | Preparation for Section 341 meeting, including review of company information and pleadings; |
| 02/20/13 | J. Vanacore | 0.20 | Review 341 issues with T. Moss; |
| 02/20/13 | T. Moss | 2.20 | Continue preparation for 341 meeting; |
| 02/22/13 | J. Vanacore | 0.90 | Initial review of dataroom and key search terms; |
| 02/25/13 | J. Vanacore | 1.50 | Initial review of pleadings including first day motions and 1007 affidavit to prepare for 341 meeting; |
| 02/25/13 | J. Vanacore | 0.20 | Strategy regarding 341 meeting with S. Carroll; |
| 02/25/13 | J. Vanacore | 1.00 | Strategy regarding 341 with T. Moss; summarize notes regarding same; |
| 02/25/13 | T. Moss | 1.30 | Review of research and documents regarding same; |
| 02/25/13 | T. Moss | 1.20 | Office Conference with J. Vanacore regarding preparation for 341 Meeting; |
| 02/26/13 | J. Vanacore | 0.20 | Emails with T. Gavin regarding 341 meeting; |

| TOTAL | | HOURS | |
|-------|--|-------|--|
| | | 16.00 | |

SERVICES
$10,882.00

**TOTAL DUE THIS INVOICE**
**$10,882.00**



INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0010 / Litigation - General

**ACCOUNTS RECEIVABLE AGING INFORMATION**

|  | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $10,882.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,882.00 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $10,882.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,882.00 |



1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000

| INVOICE # | BILL DATE |
|---|---|
| 5002062 | July 22, 2013 |
| ACCOUNT # | DUE DATE |
| 088662.0011 | August 21, 2013 |

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York, NY 10011

Matter Number / Name          088662.0011 / Plan & Disclosure Statement

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | TOTAL DUE THIS INVOICE: |
|---|---|---|---|
| $577.50 | $ 0.00 | | $577.50 |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP
Attn: Client Accounting
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Please reference:
Perkins Coie Account No. 088662 and Invoice 5002062**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Swift Code # US BK US 44I MT
Please reference:
Perkins Coie Account No. 088662 and Invoice 5002062**

---

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

# Perkins Coie LLP

INVOICE #: 5002062

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0011 / Plan & Disclosure Statement

**FOR SERVICES THROUGH 04/30/13**

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 04/30/13 | S. Carroll | 0.70 | Review debtors' motion to extend exclusivity and consider issues related to motion; |

| TOTAL | HOURS | |
|---|---|---|
| | 0.70 | |

SERVICES
$577.50

**TOTAL DUE THIS INVOICE**
**$577.50**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $577.50 | $0.00 | $0.00 | $0.00 | $0.00 | $577.50 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $577.50 | $0.00 | $0.00 | $0.00 | $0.00 | $577.50 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000

**Perkins Coie**
LLP

# DRAFT

| INVOICE # | BILL DATE |
|---|---|
| DRAFT | July 22, 2013 |
| ACCOUNT # | DUE DATE |
| 088662.0015 | August 21, 2013 |

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York, NY 10011

Matter Number / Name          088662.0015 / Lien Review

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE:** |
|---|---|---|---|
| $412.50 | $ 0.00 | | **$412.50** |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to
**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

For WIRE REMITTANCE please direct to
**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088662 and Invoice DRAFT**

---

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



INVOICE #: DRAFT
Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors
088662.0015 / Lien Review

**FOR SERVICES** THROUGH 02/28/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 02/18/13 | S. Carroll | 0.20 | Emails with R. Tinio, L. Pellegrino regarding request for documents to review IRS liens; |
| 02/18/13 | S. Carroll | 0.30 | Emails with H. Sorvino, J. Thoman, L. Ebert regarding request for information form debtors and buyer regarding review of IRS liens; |
| TOTAL | | HOURS | |
| | | 0.50 | |

SERVICES
$412.50

**TOTAL DUE THIS INVOICE**
**$412.50**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|------|--------|---------|---------|----------|------|-------|
| Fees: | $412.50 | $0.00 | $0.00 | $0.00 | $0.00 | $412.50 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $412.50 | $0.00 | $0.00 | $0.00 | $0.00 | $412.50 |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



# DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured
Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York, NY 10011

| INVOICE # | BILL DATE |
|---|---|
| DRAFT | July 22, 2013 |
| **ACCOUNT #** | **DUE DATE** |
| 088662.0015 | August 21, 2013 |

Matter Number / Name          088662.0015 / Lien Review

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE:** |
|---|---|---|---|
| $660.00 | $ 0.00 | | **$660.00** |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP
Attn: Client Accounting
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Please reference:
Perkins Coie Account No. 088662 and Invoice DRAFT**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Swift Code # US BK US 44I MT
Please reference:
Perkins Coie Account No. 088662 and Invoice DRAFT**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or
proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Page 1 of 2

# Perkins Coie LLP

INVOICE #: DRAFT

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0015 / Lien Review

## FOR SERVICES THROUGH 03/31/13

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|-------------------|-------|------------------------|
| 03/11/13 | S. Carroll | 0.30 | Meeting with D. Zazove regarding analysis of IRS liens; |
| 03/12/13 | S. Carroll | 0.30 | Review and analyze IRS lien notice and legal research regarding filing notice of liens; |
| 03/12/13 | S. Carroll | 0.20 | Emails with R. Tinio regarding documents supporting IRS liens; |

| TOTAL | HOURS |
|-------|-------|
|  | 0.80 |

SERVICES
$660.00

**TOTAL DUE THIS INVOICE**
**$660.00**

## ACCOUNTS RECEIVABLE AGING INFORMATION

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|--------|---------|---------|----------|------|-------|
| Fees: | $660.00 | $0.00 | $0.00 | $0.00 | $0.00 | $660.00 |
| Costs: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $660.00 | $0.00 | $0.00 | $0.00 | $0.00 | $660.00 |