# EXHIBIT A

Detailed Invoices
Showing Services Provided By Project Category

| Project Category | Matter No. | Total Hours | Total Fees |
|---|---|---|---|
| Asset Sale/Analysis/Recovery | 4 | 79.10 | $50,213.50 |
| Fee/Employment Applications | 7 | 16.60 | $4,961.00 |
| Litigation – General | 10 | 9.20 | $3,677.00 |
| **Totals** | | **104.90** | **$58,851.50** |

1201 Third Avenue, Suite 4900  
Seattle, Washington 98101  
PHONE: 206.359.8000  

EMAIL: clientacct@perkinscoie.com  
ACCOUNTING: 206.359.3143  
FAX: 206.359.9000  



| INVOICE # | BILL DATE |
|---|---|
| 5141843 | April 24, 2014 |
| **ACCOUNT #** | **DUE DATE** |
| 088662.0004 | May 24, 2014 |

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors  
Attn: Harold S. Wooley, Chair  
14 West 17th Street  
Apt. 11-S  
New York,  NY  10011  

Matter Number / Name            088662.0004 / Asset Sale/Analysis/Recovery

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE:** |
|---|---|---|---|
| $50,213.50 | $0.00 | | **$50,213.50** |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to  
**Perkins Coie LLP**  
**Attn: Client Accounting**  
**1201 Third Avenue, Suite 4900**  
**Seattle, WA 98101**  
**Please reference:**  
**Perkins Coie Account No. 088662 and Invoice 5141843**

For WIRE REMITTANCE please direct to  
**Perkins Coie LLP**  
**US Bank**  
**Bank ABA # 125000105**  
**Account # 1 535 5592 1235**  
**Swift Code # US BK US 44I MT**  
**Please reference:**  
**Perkins Coie Account No. 088662 and Invoice 5141843**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .

INVOICE #: 5141843
Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors
088662.0004 / Asset Sale/Analysis/Recovery



**FOR SERVICES** THROUGH 04/23/14

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 08/12/13 | S. Carroll | 0.20 | Draft, review and revise memorandum to committee members regarding update on settlement discussions; |
| 08/12/13 | S. Carroll | 0.30 | Prepare for telephone conference with IRS to discuss settlement; |
| 08/12/13 | S. Carroll | 0.30 | Telephone conferences with W. Weitz, P. Hartheimer regarding preparation for call on settlement discussions with IRS and follow up with IRS after conference call; |
| 08/12/13 | S. Carroll | 0.60 | Telephone calls and emails with R. Tinio, W. Weitz regarding settlement discussions on IRS secured claim; |
| 09/09/13 | J. Vanacore | 0.40 | Review docket and case status to prepare for meeting with W. Weitz; |
| 09/11/13 | S. Carroll | 0.40 | Meeting with J. Vanacore, telephone conference W. Weitz regarding review of strategy on claims to avoid IRS lien; |
| 09/12/13 | S. Carroll | 0.40 | Meetings with W. Weitz, J. Vanacore regarding review of strategy on claims to avoid IRS lien; |
| 09/12/13 | J. Vanacore | 1.30 | Meeting with W. Weitz regarding IRS issues; |
| 09/12/13 | J. Vanacore | 0.30 | Prepare for meeting with W. Weitz regarding IRS issues; |
| 09/12/13 | J. Vanacore | 0.40 | Initial review of employee relationships between Kestral and Bondhawk; |
| 09/22/13 | J. Vanacore | 1.60 | Detailed research on overlap between Kestrel and Bondhawk employees; |
| 09/23/13 | J. Vanacore | 0.60 | Telephone conference with W. Weitz regarding license and Bondhawk issues; |
| 09/23/13 | J. Vanacore | 0.10 | Telephone conference with C. Castellano regarding section 6.1 of license agreement; |
| 09/23/13 | J. Vanacore | 0.20 | Prepare summary for S. Carroll of IRS and license issues; |
| 09/23/13 | J. Vanacore | 0.10 | Emails with W. Weitz regarding IRS/Bondhawk issues; |
| 09/23/13 | J. Vanacore | 0.30 | Prepare for telephone conference with W. Weitz regarding IRS issues; |
| 10/01/13 | J. Vanacore | 0.10 | Emails with W. Weitz regarding Schedule B and tax issues; |
| 10/01/13 | J. Vanacore | 0.20 | Telephone conference with C. Castellano regarding Schedule B issues; review same [9-30]; |
| 10/02/13 | J. Vanacore | 0.40 | Telephone conference with C. Castellano regarding IRS issues; review license; draft email regarding questions; |



INVOICE #: 5141843

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0004 / Asset Sale/Analysis/Recovery

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 10/07/13 | J. Vanacore | 0.30 | Telephone conference with C. Castellano regarding Schedule B and license issues; |
| 10/07/13 | J. Vanacore | 0.40 | Prepare for telephone conference with C. Castellano regarding Schedule B assets and license issues; review same; |
| 10/17/13 | J. Vanacore | 0.20 | Email with W. Weitz; prepare for telephone conference regarding IRS strategy; |
| 10/18/13 | J. Vanacore | 0.20 | Strategy with S. Carroll regarding Schedule B and IRS issues; |
| 10/18/13 | J. Vanacore | 0.50 | Telephone conference with R. Nahoum regarding sending demand letters on Schedule B claims; |
| 10/18/13 | J. Vanacore | 0.60 | Draft memo regarding IRS strategy; |
| 10/18/13 | J. Vanacore | 0.30 | Prepare for telephone conference with W. Weitz; review issues raised by Debtors counsel; |
| 10/18/13 | J. Vanacore | 0.70 | Telephone conference with W. Weitz regarding IRS strategy; |
| 10/21/13 | M. Kupka | 0.30 | PACER search for claims and filings by the Internal Revenue Service; |
| 10/21/13 | J. Vanacore | 0.20 | Review IRS proof of claim; emails with W. Weitz regarding same; |
| 11/19/13 | S. Carroll | 0.20 | Emails with W. Weitz, meetings with J. Vanacore regarding strategy in settling with IRS; |
| 11/20/13 | S. Carroll | 0.40 | Telephone conference with W. Weitz, meeting with J. Vanacore regarding strategy in settlement with IRS; |
| 11/20/13 | J. Vanacore | 0.70 | Telephone conference with W. Weitz regarding IRS strategy; |
| 11/20/13 | J. Vanacore | 0.30 | Prepare for telephone conference with W. Weitz regarding IRS strategy; |
| 11/26/13 | J. Vanacore | 0.10 | Emails with W. Weitz regarding license; |
| 12/03/13 | J. Vanacore | 0.10 | Emails with W. Weitz and R. Tinio regarding telephone conference to review issues; |
| 12/03/13 | J. Vanacore | 0.40 | Prepare for telephone conference with IRS; |
| 12/06/13 | J. Vanacore | 0.20 | Pre-telephone conference with W. Weitz regarding strategy; |
| 12/06/13 | J. Vanacore | 0.60 | Telephone conference with IRS counsel regarding settlement negotiations; |
| 12/06/13 | J. Vanacore | 0.40 | Prepare for telephone conference with IRS; |
| 12/06/13 | J. Vanacore | 0.20 | Telephone conference with W.Weitz regarding strategy with IRS; |



INVOICE #: 5141843

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0004 / Asset Sale/Analysis/Recovery

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 12/12/13 | J. Vanacore | 0.20 | Review 341 issues and record of same; review with paralegals; strategy with S. Carroll; |
| 12/16/13 | J. Vanacore | 0.40 | Telephone conference with R. Tinio; telephone conference with W. Weitz; emails regarding same; update S. Carroll regarding IRS settlement offer; |
| 12/16/13 | A. Collins | 0.30 | Multiple calls with Trustee's office regarding transcription of 341 Hearing; |
| 12/18/13 | S. Carroll | 0.20 | Emails with W. Weitz, J. Vanacore regarding status conference and negotiations with IRS for settlement of sale proceeds; |
| 12/18/13 | S. Carroll | 0.40 | Participate in telephonic status conference before Judge Peck; |
| 12/19/13 | S. Carroll | 0.30 | Emails with W. Weitz, J. Vanacore regarding negotiations with IRS for settlement of sale proceeds; |
| 12/19/13 | J. Vanacore | 0.20 | Emails with S. Carroll and W. Wietz regarding settlement issues; |
| 12/31/13 | S. Carroll | 0.20 | Emails with W. Weitz regarding strategy with respect to claims against IRS; |
| 12/31/13 | J. Vanacore | 0.60 | Draft memo to committee regarding IRS issues; |
| 12/31/13 | J. Vanacore | 0.80 | Telephone conference with W. Weitz regarding IRS strategy; |
| 12/31/13 | J. Vanacore | 0.30 | Prepare for telephone conference with W. Weitz regarding IRS strategy; outline issues regarding same; |
| 01/02/14 | S. Carroll | 0.30 | Telephone calls and emails with W. Weitz, J. Vanacore regarding strategy moving forward with respect to claims against IRS and settlement discussions; |
| 01/02/14 | J. Vanacore | 0.10 | Telephone conference with committee member S. Smith; |
| 01/02/14 | J. Vanacore | 0.20 | Review committee updates to prepare for telephone conference with I.R.S.; |
| 01/02/14 | J. Vanacore | 0.40 | Telephone conference with W. Weitz regarding claims reconciliation; review claims; |
| 01/02/14 | J. Vanacore | 0.20 | Review sale order regarding mediation; emails with W. Weitz regarding same; |
| 01/02/14 | J. Vanacore | 0.20 | Emails with R. Tinio regarding settlement telephone conference; prepare for same; |
| 01/02/14 | J. Vanacore | 0.20 | Telephone conference with S. Carroll regarding strategy; emails with W. Weitz regarding same; |
| 01/03/14 | S. Carroll | 0.10 | Emails with W. Weitz, J. Vanacore regarding strategy moving forward with respect to claims against IRS and settlement discussions; |
| 01/03/14 | J. Vanacore | 0.70 | Telephone conference with R. Tinio regarding settlement offer; |



INVOICE #: 5141843

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0004 / Asset Sale/Analysis/Recovery

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 01/03/14 | J. Vanacore | 0.40 | Telephone conference with W. Weitz and committee member regarding hearing before Judge Peck; |
| 01/06/14 | S. Carroll | 0.30 | Review list of mediators; |
| 01/06/14 | S. Carroll | 0.20 | Consider strategy moving forward in pursuing settlement with IRS; |
| 01/06/14 | S. Carroll | 0.40 | Review sale order, prepare for hearing before Judge Peck; |
| 01/06/14 | J. Vanacore | 0.10 | Telephone conference with W. Weitz regarding IRS claim; emails regarding same; |
| 01/06/14 | J. Vanacore | 0.20 | Telephone conference with R. Tinio regarding IRS claim and settlement discussions; update client regarding same; |
| 01/06/14 | J. Vanacore | 0.30 | Review hearing issues for S. Carroll; prepare for settlement telephone conference with IRS; |
| 01/07/14 | S. Carroll | 0.30 | Telephone calls and emails with W. Weitz, J. Vanacore regarding strategy moving forward in mediation and choice of mediator; |
| 01/07/14 | S. Carroll | 2.10 | Court appearance before Judge Peck, meetings with R. Tinio, H. Sorvino, C. English regarding status conference and settlement with IRS; |
| 01/07/14 | J. Vanacore | 0.20 | Review hearing issues with S. Carroll; |
| 01/08/14 | J. Vanacore | 0.40 | Mediation strategy with S. Carroll; review proposed mediators; |
| 01/09/14 | J. Vanacore | 0.30 | Review list of mediators to respond to IRS; |
| 01/10/14 | S. Carroll | 0.40 | Telephone calls and emails with W. Weitz, R. Tinio regarding selection of mediators; |
| 01/10/14 | J. Vanacore | 0.10 | Emails with W. Weitz regarding mediators; |
| 01/13/14 | S. Carroll | 0.20 | Emails with R. Tinio, review proposed mediators qualifications; |
| 01/13/14 | J. Vanacore | 0.10 | Emails with I.R.S. regarding mediation; |
| 01/14/14 | S. Carroll | 0.30 | Emails with R. Tinio, W. Weitz regarding selection of mediator; |
| 01/14/14 | J. Vanacore | 0.20 | Review mediator issues; email with R. Tinio regarding same; review same with S. Carroll; |
| 01/15/14 | S. Carroll | 0.40 | Telephone calls and emails with R. Tinio, J. Garrity, W. Weitz regarding selection of mediator; |
| 01/15/14 | J. Vanacore | 0.10 | Emails with R. Tinio regarding mediation; |
| 01/16/14 | S. Carroll | 0.10 | Emails with R. Tinio, H. Sorvino regarding delay in conducting mediation; |



INVOICE #: 5141843

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0004 / Asset Sale/Analysis/Recovery

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 01/16/14 | J. Vanacore | 0.10 | Emails with W. Weitz regarding mediation issues; |
| 01/21/14 | J. Vanacore | 0.20 | Strategy regarding mediation with S. Carroll; |
| 01/29/14 | J. Vanacore | 0.20 | Review mediation issues with S. Carroll; |
| 01/31/14 | J. Vanacore | 0.40 | Draft memo on 341 meeting; |
| 01/31/14 | J. Vanacore | 1.20 | Initial review of 341 meeting to prepare for mediation; |
| 02/03/14 | S. Carroll | 0.30 | Meetings with J. Vanacore regarding preparing mediation statement; |
| 02/03/14 | J. Vanacore | 0.10 | Emails with Judge Garrity regarding mediation issues; |
| 02/03/14 | J. Vanacore | 1.00 | Strategy with S. Carroll regarding mediation statement; |
| 02/03/14 | J. Vanacore | 0.40 | Review operating reports for Kestrel for inclusion into mediation statement; |
| 02/03/14 | J. Vanacore | 1.80 | Detailed review of 341 hearing; detailed review of specific questions for mediation statement and summarize same for mediation statement; |
| 02/03/14 | J. Vanacore | 1.90 | Begin draft of mediation statement; |
| 02/04/14 | J. Vanacore | 0.30 | Brief review of trust fund issues and internal revenue code for inclusion into the brief; |
| 02/04/14 | J. Vanacore | 0.10 | Emails with W. Weitz regarding mediation issues; |
| 02/04/14 | J. Vanacore | 0.30 | Research Bondhawk incorporation status for incorporation into mediation statement; |
| 02/04/14 | J. Vanacore | 0.40 | Brief research on DTI Technologies and predecessor entity; |
| 02/04/14 | J. Vanacore | 0.40 | Review objection to sale to incorporate same into mediation statement; |
| 02/04/14 | J. Vanacore | 2.90 | Continue drafting mediation statement; |
| 02/04/14 | J. Vanacore | 0.40 | General research on fraudulent conveyances for mediation statement; |
| 02/05/14 | J. Vanacore | 0.10 | Emails with R. Tinio regarding mediation statement; follow-up email with Judge Garrity regarding same; |
| 02/05/14 | J. Vanacore | 0.20 | Review revisions to mediation statement with S. Carroll; |
| 02/05/14 | J. Vanacore | 0.50 | Final review and revision to mediation statement; |
| 02/06/14 | S. Carroll | 0.20 | Telephone calls and emails with Judge Garrity, J. Vanacore, R. Tinio, W. Weitz regarding revisions to mediation statement; |
| 02/06/14 | S. Carroll | 0.40 | Review and revise mediation statement; |



INVOICE #: 5141843

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0004 / Asset Sale/Analysis/Recovery

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 02/06/14 | J. Vanacore | 0.10 | Emails with Judge Garrity and R. Tinio regarding mediation; |
| 02/06/14 | J. Vanacore | 0.20 | Prepare exhibits for mediation; |
| 02/06/14 | J. Vanacore | 0.20 | Review mediation statement issues with S. Carroll; |
| 02/06/14 | J. Vanacore | 1.50 | Review and revise mediation statement; |
| 02/08/14 | J. Vanacore | 0.30 | Follow-up research on Bondhawk Technologies and Systems; emails with S. Carroll; review Delaware Secretary of State web page; |
| 02/11/14 | J. Vanacore | 0.40 | Telephone conference with W. Weitz regarding mediation issues; |
| 02/12/14 | S. Carroll | 3.40 | Prepare for and attend mediation; |
| 02/12/14 | S. Carroll | 0.30 | Emails with committee members; |
| 02/12/14 | J. Vanacore | 0.40 | Review plan issues; prepare for telephone conference with C. Castellano; telephone conference regarding same; |
| 02/12/14 | J. Vanacore | 1.40 | Attend mediation; review issue with S. Carroll; |
| 02/12/14 | J. Vanacore | 0.20 | Emails with W. Wietz and committee members regarding mediation strategy; review same; |
| 02/12/14 | J. Vanacore | 0.40 | Work with S. Carroll on mediation issues; |
| 02/14/14 | J. Vanacore | 0.20 | Prepare for telephone conference with C. Castellano regarding plan issues; telephone conference regarding same; |
| 02/18/14 | J. Vanacore | 0.20 | Draft update to S. Carroll regarding telephone conference with Judge Grossman; |
| 02/18/14 | J. Vanacore | 0.10 | Telephone conference with S. Carroll regarding Judge Grossman telephone conference; |
| 02/18/14 | J. Vanacore | 0.30 | Review sale order to address Judge Grossman issues and follow-up with H. Sorvino; |
| 02/18/14 | J. Vanacore | 0.50 | Follow-up telephone conference with H. Sorvino regarding Judge Grossman order; |
| 02/18/14 | J. Vanacore | 0.30 | Telephone conference with Judge Grossman regarding procedures going forward; review issues; |
| 02/18/14 | J. Vanacore | 0.40 | Prepare for telephone conference with Judge Grossman regarding hearing issues; review relevant pleadings; |
| 02/18/14 | J. Vanacore | 0.30 | Second telephone conference with Chambers; telephone conference with H. Sorvino; emails with S. Carroll; |

Page 7



INVOICE #: 5141843

**Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors**

088662.0004 / Asset Sale/Analysis/Recovery

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 02/18/14 | J. Vanacore | 0.20 | Telephone conference with Chambers regarding stipulation issues; |
| 02/18/14 | J. Vanacore | 0.30 | Telephone conference with C. Castellano regarding structured dismissal; review same; brief review of checklist of issues to raise; |
| 02/19/14 | J. Vanacore | 0.20 | Follow-up telephone conference with W. Weitz regarding case update; review issues; |
| 02/19/14 | J. Vanacore | 0.20 | Telephone conference and emails with W. Weitz regarding case update; |
| 02/19/14 | J. Vanacore | 0.10 | Telephone conference with C. Castellano regarding plan issues; |
| 02/20/14 | J. Vanacore | 0.20 | Prepare for meeting with IRS and debtors counsel; |
| 02/24/14 | S. Carroll | 0.50 | Telephone conferences with H. Sorvino, R. Tinio and W. Weitz regarding settlement discussions (.4); telephone conferences with W. Weitz and J. Vanacore regarding follow up on settlement discussion (.1); |
| 02/24/14 | J. Vanacore | 0.40 | Emails with R. Tinio regarding settlement meeting; prepare for meeting; review mediation statement; |
| 02/24/14 | J. Vanacore | 0.90 | Telephone conference with H. Sorvino and IRS regarding settlement (.4); follow-up with S. Carroll and W. Weitz (.1); follow-up with IRS regarding same (.4); |
| 02/27/14 | J. Vanacore | 0.20 | Update regarding case status with S. Carroll and W. Weitz regarding settlement issues; |
| 02/27/14 | J. Vanacore | 1.60 | Telephone conference with IRS and debtor (.4); review issues (.8); strategy regarding settlement (.4); |
| 02/27/14 | J. Vanacore | 0.20 | Draft email to H. Sorvino on structured dismissal; review issues with S. Carroll regarding same; |
| 02/27/14 | J. Vanacore | 0.10 | Emails with R. Tinio regarding IRS issues; |
| 02/28/14 | J. Vanacore | 0.20 | Telephone conference with H. Sorvino regarding IRS settlement; emails with W. Weitz regarding same; |
| 03/03/14 | J. Vanacore | 0.20 | Review fee application issues with S. Carroll; |
| 03/03/14 | J. Vanacore | 0.60 | Follow-up telephone conference with H. Sorvino regarding fee application issues; |
| 03/03/14 | J. Vanacore | 0.10 | Emails with R. Tinio regarding IRS settlement issues; |
| 03/03/14 | J. Vanacore | 0.20 | Telephone conference with H. Sorvino regarding settlement discussions; |
| 03/03/14 | J. Vanacore | 0.60 | Draft memo to IRS; research regarding same; |
| 03/03/14 | J. Vanacore | 0.40 | Strategy with S. Carroll regarding IRS settlement; |

INVOICE #: 5141843

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0004 / Asset Sale/Analysis/Recovery



| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 03/03/14 | J. Vanacore | 0.10 | Emails with H. Sorvino regarding fee application; |
| 03/04/14 | J. Vanacore | 0.10 | Emails with W. Weitz regarding initial structured dismissal motion issues; |
| 03/04/14 | J. Vanacore | 0.10 | Emails and telephone conference with H. Sorvino regarding motion; |
| 03/04/14 | J. Vanacore | 0.30 | Brief review of motion for structured dismissal; emails with H. Sorvino regarding same; |
| 03/05/14 | J. Vanacore | 0.30 | Telephone conference with W. Weitz regarding case strategy; review issues raised; |
| 03/05/14 | J. Vanacore | 0.10 | Emails with Judge Garrity regarding mediation fees; |
| 03/05/14 | J. Vanacore | 0.50 | Research of IRS procedures on lien and related issues; |
| 03/05/14 | J. Vanacore | 0.40 | Draft email to H. Sorvino regarding default on collecting scheduled assets; review same; |
| 03/05/14 | J. Vanacore | 0.30 | Meeting with S. Carroll regarding structured dismissal strategy; |
| 03/05/14 | J. Vanacore | 0.20 | Review key hearing dates requested in motion; docket same; emails with W. Weitz regarding same; |
| 03/05/14 | J. Vanacore | 0.90 | Review structured dismissal motion (.6); review same with S. Carroll (.3); |
| 03/07/14 | J. Vanacore | 0.10 | Emails with C. Crow regarding IRS correspondence; |
| 03/07/14 | J. Vanacore | 0.40 | Telephone conference with C. Crow on tax issue; |
| 03/07/14 | C. Crow | 0.30 | Telephone conference regarding defense strategies for IRS lien; |
| 03/14/14 | J. Vanacore | 0.30 | Review response issues regarding motion for structured dismissal with S. Carroll; |
| 03/18/14 | J. Vanacore | 0.20 | Emails with H. Sorvino; prepare for telephone conference regarding motion resolution; |
| 03/18/14 | J. Vanacore | 0.40 | Meeting with S. Carroll regarding hearing and response strategy to motion for structured dismissal; review issues regarding same; |
| 03/19/14 | J. Vanacore | 0.10 | Telephone conference and emails with R. Tino regarding settlement issues; |
| 03/19/14 | J. Vanacore | 0.20 | Prepare for telephone conference with R. Tinio regarding settlement issues; |
| 03/19/14 | J. Vanacore | 1.20 | Telephone conference with H. Sorvino regarding structured dismissal issues (.3); review same (.9); |
| 03/19/14 | J. Vanacore | 0.30 | Prepare for telephone conference with H. Sorvino regarding motion for structured dismissal; |

INVOICE #: 5141843

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0004 / Asset Sale/Analysis/Recovery



| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 03/20/14 | J. Vanacore | 0.40 | Update W. Weitz and S. Carroll on status of case; review issues; prepare for meeting with H. Sorvino; |
| 03/24/14 | J. Vanacore | 0.10 | Telephone conference with R. Tinio regarding IRS negotiations; |
| 03/24/14 | J. Vanacore | 0.20 | Prepare for telephone conference with R. Tinio regarding IRS negotiations; |
| 03/24/14 | J. Vanacore | 0.20 | Emails with W. Weitz regarding meeting issues; review invoice to prepare for meeting with H. Sorvino; |
| 03/24/14 | J. Vanacore | 0.30 | Prepare for meeting with H. Sorvino regarding motion for structured dismissal; |
| 03/25/14 | J. Vanacore | 0.20 | Meeting with S. Carroll regarding IRS strategy; |
| 03/25/14 | J. Vanacore | 0.20 | Summarize telephone conference with R. Tino for Committee; |
| 03/25/14 | J. Vanacore | 0.40 | Telephone conference with R. Tinio regarding IRS issues; |
| 03/27/14 | J. Vanacore | 0.40 | Draft memo to H. Sorvino regarding settlement; |
| 03/28/14 | J. Vanacore | 0.30 | Review and revise settlement offer to H. Sorvino; emails regarding same; |
| 03/31/14 | J. Vanacore | 0.10 | Emails with R. Tinio regarding settlement issues; |
| 03/31/14 | J. Vanacore | 0.20 | Telephone conference with H. Sorvino regarding settlement issues; |
| 04/02/14 | J. Vanacore | 0.30 | Two telephone conferences with W. Weitz regarding settlement issues; review same; |
| 04/02/14 | J. Vanacore | 0.10 | Telephone conference with R. Tinio regarding settlement issues; |
| 04/03/14 | J. Vanacore | 0.20 | Emails with H. Sorvino regarding hearing issues; review settlement issues; resolve same; |
| 04/03/14 | J. Vanacore | 0.20 | Telephone conference with IRS regarding settlement issues; prepare for telephone conference regarding same; |
| 04/04/14 | J. Vanacore | 0.20 | Multiple emails with S. Carroll regarding strategy regarding structured dismissal; |
| 04/07/14 | S. Carroll | 0.40 | Emails with J. Vanacore, review objection filed by IRS, prepare for hearing; |
| 04/07/14 | J. Vanacore | 0.30 | Brief review of lien rights on penalties and taxes; |
| 04/07/14 | J. Vanacore | 0.40 | Brief review of IRS objection to structured dismissal; |
| 04/07/14 | J. Vanacore | 0.20 | Review debtor's draft order to structured dismissal motion; emails with S. Carroll regarding same; |



INVOICE #: 5141843

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0004 / Asset Sale/Analysis/Recovery

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 04/07/14 | J. Vanacore | 0.20 | Telephone conference with W. Weitz regarding settlement offer; email with S. Carroll regarding same; |
| 04/07/14 | J. Vanacore | 0.20 | Telephone conference with S. Carroll regarding hearing issues; |
| 04/08/14 | S. Carroll | 1.60 | Emails with J. Vanacore, review objection filed by IRS and prepare for hearing; |
| 04/08/14 | S. Carroll | 3.20 | Court appearance before Judge Grossman, meetings with R. Tinio, H. Sorvino, C. England regarding hearing on motion for structured dismissal; |
| 04/08/14 | J. Vanacore | 0.30 | Review hearing issues with S. Carroll; |
| 04/08/14 | J. Vanacore | 0.10 | Emails with W. Weitz regarding settlement; |
| 04/16/14 | J. Vanacore | 0.20 | Emails with S. Carroll regarding update on mediation to Judge Garrity; draft emails to Judge Garrity; review invoice; resolve mediation issues; |
| TOTAL | | HOURS 79.10 | |

**SERVICES**
$50,213.50

**SUMMARY OF SERVICES** THROUGH 04/23/14

| ATTORNEY/ASSISTANT | HOURS | RATE | AMOUNT |
|---|---|---|---|
| S. Carroll | 19.30 | 848.94 | 16,384.50 |
| C. Crow | 0.30 | 810.00 | 243.00 |
| J. Vanacore | 58.90 | 568.62 | 33,491.50 |
| M. Kupka | 0.30 | 180.00 | 54.00 |
| A. Collins | 0.30 | 135.00 | 40.50 |
| **Total** | 79.10 | | $50,213.50 |

**TOTAL DUE THIS INVOICE**
**$50,213.50**

| 1201 Third Avenue, Suite 4900 | EMAIL: clientacct@perkinscoie.com |
|---|---|
| Seattle, Washington 98101 | ACCOUNTING: 206.359.3143 |
| PHONE: 206.359.8000 | FAX: 206.359.9000 |



| INVOICE # | BILL DATE |
|---|---|
| 5141844 | April 24, 2014 |
| ACCOUNT # | DUE DATE |
| 088662.0007 | May 24, 2014 |

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors
Attn: Harold S. Wooley, Chair
14 West 17th Street
Apt. 11-S
New York,  NY  10011

Matter Number / Name             088662.0007 / Fee/Employment Applications

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE:** |
|---|---|---|---|
| $4,961.00 | $0.00 | | **$4,961.00** |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

| For CHECK REMITTANCE make checks payable to | For WIRE REMITTANCE please direct to |
|---|---|
| **Perkins Coie LLP** | **Perkins Coie LLP** |
| **Attn: Client Accounting** | **US Bank** |
| **1201 Third Avenue, Suite 4900** | **Bank ABA # 125000105** |
| **Seattle, WA 98101** | **Account # 1 535 5592 1235** |
| **Please reference:** | **Swift Code # US BK US 44I MT** |
| **Perkins Coie Account No. 088662 and Invoice 5141844** | **Please reference:** |
| | **Perkins Coie Account No. 088662 and Invoice 5141844** |

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .

Page  1



INVOICE #: 5141844
Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors
088662.0007 / Fee/Employment Applications

**FOR SERVICES** THROUGH 04/23/14

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 07/10/13 | A. Collins | 0.60 | Finalize and efile First Interim Fee Application; |
| 07/17/13 | J. Vanacore | 0.60 | Review debtor fee application (.5); review issue with S. Carroll (.1); |
| 07/18/13 | M. Maag | 0.40 | Email regarding preparation of interim fee application (.2); brief review of applications of debtor, financial advisor (.2); |
| 07/19/13 | M. Maag | 0.60 | Review notice of hearing (.3); emails with accounting regarding data needed for fee application, timing of same (.3); |
| 07/21/13 | M. Maag | 6.70 | Review applications for compensation from debtors financial dvisor (1.4); review record of services provided by Perkins and notes regarding same (.9); draft fee application, proposed order, certification (3.1); coordinate accounting assistance with data needed for fee application (.6); revise and forward first drafts for attorney review (.8); |
| 07/22/13 | M. Maag | 1.10 | Emails and telephone conferences with billing coordinator regarding additional data needed for fee application (.4); revise application and support documents and forward to S. Carroll for review (.7); |
| 07/25/13 | M. Maag | 0.10 | Emails with S. Carroll regarding status of fee application; |
| 07/26/13 | M. Maag | 0.60 | Communications with S. Carroll regarding filing fee application (.1); coordinate assistance with filing and serving (.2); emails regarding outstanding issue (.3); |
| 07/27/13 | M. Maag | 1.10 | Correspondence with S. Carroll regarding status of fee application, edits needed (.3); prepare detailed list of follow-up steps and forward same to coordinate assistance (.4); review local procedures regarding submission of fee applications (.4); |
| 07/29/13 | M. Maag | 1.90 | Research amendments to local rules and orders regarding fee applications (.6); emails with S. Carroll regarding local rule amendments (.3); revise, compile and file first interim fee application (.7); emails with S. Carroll regarding service of same (.3); |
| 07/29/13 | S. Carroll | 0.30 | Emails with M. Maag regarding review and filing of fee application; |
| 07/30/13 | M. Maag | 0.10 | Coordinate preparation and filing of certificate of service, circulate same; |
| 08/01/13 | S. Carroll | 0.40 | Emails with R. Tinio, W. Weitz regarding US Attorney request for extension of time to respond to fee applications; |
| 08/06/13 | J. Higa | 0.90 | File Reply in Support of First Interim Fee Applications of perkins Coie and gavin Solmonese; |
| 08/07/13 | S. Carroll | 0.70 | Telephone calls and emails with R. Morrissey regarding preparation for hearing on fee applications; |

Page   2



INVOICE #: 5141844

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0007 / Fee/Employment Applications

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 08/08/13 | S. Carroll | 0.40 | Telephone calls and emails with S. Haider, P. Hartheimer, W. Weitz regarding preparation for hearing on fee applications; |
| 11/15/13 | M. Maag | 0.10 | Communications with billing coordinator regarding payment received, status of work; |
| TOTAL | | HOURS 16.60 | |

**SERVICES**
$4,961.00

**SUMMARY OF SERVICES** THROUGH 04/23/14

| ATTORNEY/ASSISTANT | HOURS | RATE | AMOUNT |
|---|---|---|---|
| S. Carroll | 1.80 | 825.00 | 1,485.00 |
| J. Vanacore | 0.60 | 535.00 | 321.00 |
| J. Higa | 0.90 | 170.00 | 153.00 |
| M. Maag | 12.70 | 230.00 | 2,921.00 |
| A. Collins | 0.60 | 135.00 | 81.00 |
| **Total** | 16.60 | | $4,961.00 |

**TOTAL DUE THIS INVOICE**
**$4,961.00**

Page 3



1201 Third Avenue, Suite 4900  
Seattle, Washington 98101  
PHONE: 206.359.8000  

EMAIL: clientacct@perkinscoie.com  
ACCOUNTING: 206.359.3143  
FAX: 206.359.9000  

| INVOICE # | BILL DATE |
|---|---|
| 5141845 | April 24, 2014 |
| **ACCOUNT #** | **DUE DATE** |
| 088662.0010 | May 24, 2014 |

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors  
Attn: Harold S. Wooley, Chair  
14 West 17th Street  
Apt. 11-S  
New York, NY 10011  

Matter Number / Name        088662.0010 / Litigation - General  

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE:** |
|---|---|---|---|
| $3,677.00 | $0.00 | | **$3,677.00** |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to  
**Perkins Coie LLP**  
**Attn: Client Accounting**  
**1201 Third Avenue, Suite 4900**  
**Seattle, WA 98101**  
**Please reference:**  
**Perkins Coie Account No. 088662 and Invoice 5141845**  

For WIRE REMITTANCE please direct to  
**Perkins Coie LLP**  
**US Bank**  
**Bank ABA # 125000105**  
**Account # 1 535 5592 1235**  
**Swift Code # US BK US 44I MT**  
**Please reference:**  
**Perkins Coie Account No. 088662 and Invoice 5141845**  

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .



INVOICE #: 5141845

Kestrel Technologies, Inc., et al. - Official Committee of Unsecured Creditors

088662.0010 / Litigation - General

**FOR SERVICES** THROUGH 04/23/14

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 08/06/13 | S. Haider | 0.60 | Emails regarding fee application order from H. Sorvinio and S. Carroll and conference regarding hearing coverage; |
| 08/07/13 | S. Haider | 4.70 | Analyze proposed order from H. Sorvino (.3); prepare for court appearance on disputed fee application regarding hold back and carve out issues, including review of fee applications, moving papers and objections (4.4); |
| 08/08/13 | S. Haider | 3.80 | Review emails regarding hold-back from H. Sorvino and S. Carroll (.2); review email from S. Carroll providing additional case status background in preparation for hearing (.2); review materials in preparation for oral arguments on fee application (1.4); conference with UST regarding carve out issue (.3); attend and participate at hearing (1.0); conference with committee financial advisor following hearing regarding results of hearing and strategy going forward (.3); emails with S. Carroll regarding hearing results (.4); |
| 08/12/13 | S. Carroll | 0.10 | Review debtors' second motion to extend exclusive periods; |
| TOTAL | | HOURS 9.20 | |

**SERVICES**
$3,677.00

**SUMMARY OF SERVICES** THROUGH 04/23/14

| ATTORNEY/ASSISTANT | HOURS | RATE | AMOUNT |
|---|---|---|---|
| S. Carroll | 0.10 | 825.00 | 82.50 |
| S. Haider | 9.10 | 395.00 | 3,594.50 |
| **Total** | 9.20 | | $3,677.00 |

**TOTAL DUE THIS INVOICE**
**$3,677.00**

Page 2