HODGSON RUSS LLP
1540 Broadway, 24th Floor
New York, New York 10036
Telephone: (212) 751-4300
Facsimile:  (212) 751-0928
Heidi J. Sorvino, Esq.
Carmine J. Castellano, Esq.

*Counsel to the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| KESTREL TECHNOLOGIES, INC., *et al.*, | Case No.  12-15052 |
| Debtors.[1] | (Jointly Administered) |

# AMENDED SUMMARY OF FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION FOR FEES AND REIMBURSEMENT OF EXPENSES FOR HODGSON RUSS LLP, AS COUNSEL TO THE DEBTOR AND <u>DEBTOR IN POSSESSION</u>

**Filing Date:**                                  December 31, 2012 - Voluntary Petition

**Date of Appointment:**                February 26, 2013, *nunc pro tunc*, to petition date.

**Dates of Service for Which Compensation**      December 31, 2012 through and
**and Reimbursement are Sought:**                including April 15, 2014

**Total Amount of Compensation Sought**           $30,230.00 for fees not previously
**for Fees:**                                     approved by the Court;
                                                  $46,531.00 holdback fees previously approved by
                                                  the Court;
                                                  $14,998.50 remaining unpaid from approved
                                                  Second Fee Application

                                                  TOTAL FEES REQUESTED:  $91,759.50

**Total Amount of Reimbursement for Expenses:**     $  647.50

---

[1] The Debtors are the following entities: Kestrel Technologies, Inc., and Kestrel Solutions, LLC.  The employer tax identification numbers and addresses for each of the Debtors are set forth in the Debtors' chapter 11 petitions.

**Previous Applications:**

On 7/17/2013 Hodgson Russ filed its First Interim Fee Application in the amount of $140,900.50; fees allowed were $139,632.50 plus expenses of $5,870.33 and the holdback fees were $27,926.50 [Order docketed at #114].

On 11/25/2013 Hodgson Russ filed its Second Interim Fee Application in the amount of $96,022.50; fees allowed were $93,022.50, deducting $3,000, per the U.S. Trustee's request; plus expenses of $3,004.17 and the holdback fees were $18,604.50 [Order docketed at #132].

**Synopsis of Professional Services Not Previously Approved by the Court, Rendered During the Final Fee Application Period:**

| Professional/ Paraprofessional | Year Admitted to Practice | Hours Billed | Hourly Rate | Total For Application |
|---|---|---|---|---|
| Heidi J. Sorvino, Partner, *Bankruptcy* | 1990 | 32.3 | $700.00 | $22,610.00 |
| Carmine J. Castellano, Associate, *Bankruptcy* | 2006 | 3.7 | $450.00 | $1,665.00 |
| Craig T. Lutterbein, Associate, *Bankruptcy* | 2011 | 13.5 | $275.00 | $3,712.50 |
| Renee A. Leek, Paralegal, *Bankruptcy* | n/a | 7.5 | $180.00 | $1,350.00 |
| Renee A. Leek, Paralegal, *Bankruptcy* | n/a | 5.1 | $175.00 | $892.50 |
| **Total Hours Billed:** | | **62.1** | | |
| **Blended Hourly Rate (Excluding Paraprofessionals):** | | | **$475.00** | |
| **TOTAL SERVICES RENDERED (Final Fee Application Period)** | | | | $30,230.00 |

073811.00000 Litigation 12016341v1