HODGSON RUSS LLP
1540 Broadway, 24th Floor
New York, New York 10036
Telephone: (212) 751-4300
Facsimile:  (212) 751-0928
Heidi J. Sorvino, Esq.
Carmine J. Castellano, Esq.

*Counsel to the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| KESTREL TECHNOLOGIES, INC., *et al.*, | Case No.  12-15052 |
| Debtors. | (Jointly Administered) |

### SUMMARY OF FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION FOR FEES FOR ENGLAND SECURITIES, LLC, AS INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION

**Name of Applicant:**         England Securities, LLC

**Date of Retention Order:**   March 15, 2013
(effective *nunc pro tunc* to December 31, 2012)

**Period Covered:**            December 31, 2012 through and including October 31, 2013

**Total Amount of
Compensation Sought for Fees:**  $49,500.00 holdback fees previously approved by the Court; $103,839.08 remaining unpaid from approved Second Fee Application

TOTAL FEES REQUESTED:  $153,339.08

**Previous Applications:**

On July 17, 2013, England filed its First Interim Fee Application in the amount of $75,000.00, all of which was allowed, plus expenses of $5,341.36; the holdback fees were $15,000.00 [Order docketed at #114].

On November 26, 2013, England filed its Second Interim Fee Application in the amount of $172,500.00, all of which was allowed, plus expenses of $497.72; the holdback fees were $34,500.00 [Order docketed at #132].